B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re: Heritage Consolidated LLC

Debtor

Case No. 10-36484-hdh11

Chapter 11

## LIST OF CREDITORS HOLDING THE LARGEST UNSECURED CLAIMS[1]

Following is the list of the debtor's creditors holding the largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 1 largest unsecured claims. If a minor child is one of the creditors holding the 1 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | (5) Estimated amount of claim as of 9/13/2010 (if secured also state value of security) |
|---|---|---|---|---|
| Aquila Drilling Company LP<br>2525 Kell Blvd.<br>Suite 405<br>Wichita Falls, TX 76308 | Warren Ayres<br>Aquila Drilling Company LP<br>2525 Kell Blvd.<br>Suite 405<br>Wichita Falls, TX 76308<br><br>940-723-7323 | Trade | CUD | $4,926,430 |

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this schedule.

[2] All claims are subject to reconciliations, credits, and adjustments, which are not reflected on this list.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION, LLC, OR PARTNERSHIP

I, the Managing Member of the LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 9/13/2010

Michael B. Wisenbaker
Managing Member

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*