Thomas S. Henderson
Texas Bar No. 09432300
**BURLESON COOKE LLP**
711 Louisiana, Suite 1701
Houston, Texas 77002
Telephone: (713) 227-9500
Facsimile: (713) 620-3023
thenderson@burlesoncooke.com

COUNSEL FOR CROSS CANYON
ENERGY CORPORATION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **HERITAGE CONSOLIDATED, LLC** | § § | Case No. 10-36484-hdh |
| **HERITAGE STANDARD CORPORATION** | § § | Case No. 10-36485-hdh |
| Debtors | § § | (Joint Administration Pending) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES, PLEASE TAKE NOTICE:

The following individual appears as counsel for CROSS CANYON ENERGY CORPORATION, a party in interest in the above-referenced cases, and hereby enters an appearance on behalf of CROSS CANYON ENERGY CORPORATION in these cases, and requests that all service made or required to be made in these cases, be served upon him at the following address:

Thomas S. Henderson
BURLESON COOKE LLP
711 Louisiana, Suite 1701
Houston, Texas 77002
Telephone: 713-227-9500
Facsimile: 713-620-3023

DATED: September 21, 2010

BURLESON COOKE, LLP

By: /s/ T.S. Henderson
Thomas S. Henderson (TBA No. 09432300)

South Tower, Pennzoil Place
711 Louisiana, Suite 1701
Houston, Texas 77002
Telephone: (713) 227-9500
Facsimile: (713) 620-3023

COUNSEL FOR CROSS CANYON ENERGY CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served on the parties receiving notice by the Court's ECF filing system on the 21st day of September, 2010.

/s/ T.S. Henderson
Thomas S. Henderson