Joe E. Marshall
Texas Bar No. 13031100
Kathleen M. Patrick
Texas Bar No. 24037243
Lee J. Pannier
Texas Bar No. 24066705
**MUNSCH HARDT KOPF & HARR, P.C.**
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone:   (214) 855-7500
Facsimile:    (214) 978-4365
jmarshall@munsch.com
kpatrick@munsch.com
lpannier@munsch.com

**(PROPOSED) COUNSEL FOR HERITAGE CONSOLIDATED, LLC,
DEBTOR AND DEBTOR IN POSSESSION**

Kevin D. McCullough
Texas Bar No. 00788005
Kerry Ann Miller
Texas Bar No. 24050875
**ROCHELLE McCULLOUGH LLP**
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
Telephone:   (214) 953-0182
Facsimile:    (214) 953-0185
kdm@romclawyers.com
kmiller@romclawyers.com

**(PROPOSED) COUNSEL FOR HERITAGE STANDARD CORPORATION,
DEBTOR AND DEBTOR IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HERITAGE CONSOLIDATED, LLC, *et al.,* | § | Case No. 10-36484-hdh |
| | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | Jointly Administered |
| | § | |

## NOTICE OF CONTINUED HEARINGS

**PLEASE TAKE NOTICE** that hearings on the following matters have been continued:

1. Emergency Motion for Authority to Pay Certain Obligations to Working Interest Owners and Royalty Interest Owners and Continue Such Payments In the Ordinary Course of Business [Docket No. 10];

2. Expedited Motion for Order (A) Approving Plan Support Agreement, Sale Procedures and Bid Protections in Connection with Sale of Assets; (B) Approving Form and Manner of Notice of Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [Docket No. 14];

NOTICE OF CONTINUED HEARINGS– Page 1

3. Debtors' Emergency Motion for Interim and Final Orders Approving: (I) Secured Postpetition Financing; (II) Related Priming Liens and Super-Priority Administrative Claims; (III) Related Secured Financing Agreement; and (IV) Scheduling a Final Hearing [Docket No. 17]; and

4. Debtors' Application for Authority to: (A) Employ Bridge Associates, LLC as Financial Advisors and to Provide Interim Management Assistance; and (B) Designate Scott Pinsonnault as Interim Chief Restructuring Officer [Docket No. 20].

The continued hearings will take place on **October 4, 2010 at 9:00 a.m., prevailing Central Time,** before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, at the Earle Cabell Building, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Dated: September 22, 2010.	Respectfully Submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By:   /s/ Kathleen M. Patrick
    Joe E. Marshall
    Texas Bar No. 13031100
    Kathleen M. Patrick
    Texas Bar No. 24037243
    Lee J. Pannier
    Texas Bar No. 24066705
    3800 Lincoln Plaza
    500 North Akard Street
    Dallas, Texas 75201-6659
    Telephone:  (214) 855-7500
    Facsimile:   (214) 978-4365

(PROPOSED) COUNSEL FOR HERITAGE
CONSOLIDATED, LLC,
DEBTOR AND DEBTOR IN POSSESSION


-and-


**ROCHELLE McCULLOUGH LLP**

By:   /s/ Kevin McCullough
    Kevin McCullough
    Texas Bar No. 00788005
    Kerry A. Miller
    Texas Bar No. 24050875
    325 N. St. Paul, Suite 4500
    Dallas, Texas 75201
    Telephone:  (214) 953-0182
    Facsimile:   (214) 953-0185

(PROPOSED) COUNSEL FOR HERITAGE
STANDARD CORPORATION,
DEBTOR AND DEBTOR IN POSSESSION