United States Department of Justice
Office of the United States Trustee
1100 Commerce Street
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
For the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In Re § | | |
| § | | |
| **Heritage Consolidated, LLC,** *et al.*, § | | Case No. 10-36484-HDH-11 |
| § | | |
| **Debtors-In-Possession** § | | (Jointly Administered) |

**Appointment of the Official Unsecured Creditors' Committee**

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

Aquila Drilling Co., L.P.
Attn: Justin Zukoff
5950 Berkshire Lane, Suite 1100
Dallas, TX 75225-5854
(214) 323-4507 tel
(214) 369-2217 fax
Justin@eagleog.com

Baker Hughes Inc.
Attn: Susan Wooley
2929 Allen Parkway, #2100
Houston, TX 77019
(713) 439-8774 tel
(281) 582-4031 fax
Susan.wooley@bakerhughes.com

M-I Swaco, LLC
Attn: Linda Norvell
5950 North Course Drive
Houston, TX 77072
(832) 295-2642 tel
(832) 351-4145 fax
lnorvell@miswaco.slb.com

Pathfinder Energy Services, Inc.
Attn: Greg Attrep
1310 Rankin Road
Houston, TX 77033
(832) 601-3059
gattrep@slb.com

Simons Petroleum
Attn: David Mulroney
210 Park Avenue, Ste 1800
Oklahoma City, OK 73102
(405) 551-2311 tel
(405) 945-7231 fax
dmulroney@simonspetroleum.com

Weatherford International
Attn: Simon Lin
515 Post Oak Blvd, Suite 600
Houston, TX 77027
(713) 693-4088
Simon.lin@weatherford.com

| | |
|---|---|
| DATED: September 24, 2010 | Respectfully submitted,<br>WILLIAM T. NEARY<br>UNITED STATES TRUSTEE<br><br>/s/ Erin Marie Schmidt<br>Erin Marie Schmidt<br>Texas State Bar No. 24033042<br>Office of the United States Trustee<br>1100 Commerce St.  Room 976<br>Dallas, Texas  75242<br>Erin.Schmidt2@usdoj.gov<br>(214) 767-1075 |

CERTIFICATE OF SERVICE

I certify that a copy of this document was sent by regular first class United States mail and ECF on September 24, 2010, to the members of the unsecured creditors' committee and to the persons on the attached Service List.

/s/ Erin Marie Schmidt
Erin Marie Schmidt