## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| ( In re: )<br>( )<br>( Heritage Consolidated LLC )<br>( )<br>( Debtor ) | **Case No. 10-36484-HDH-11**<br>Chapter 11 |

## SCHEDULES OF ASSETS AND LIABILITIES

### *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statement*

The Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules and Statement") filed by Heritage Consolidated LLC, (the "Debtor"), the debtor in the above-captioned bankruptcy case, are unaudited and were prepared pursuant to 11 U.S.C. §521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and Statement were prepared by the Debtor, with the assistance of Bridge Associates, LLC ("Bridge"), its financial advisor. The Debtor has made reasonable efforts to file complete and accurate Schedules and Statement based upon information available at the time of preparation and in consultation with the Debtor's management and employees. However, as a result of the complexity of the Debtor's business operations, the Schedules and Statement remain subject to further revision and verification. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statement. The Debtor reserves its right to amend the Schedules and Statement from time to time as may be necessary or appropriate.This Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statement (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the Schedules and Statement and should be referred to and reviewed in connection with any review of the Schedules and Statement.

1.  Description of the Case and "As Of" Information Date. On September 14, 2010 (the "Petition Date"), the Debtor filed its voluntary petitions for relief under Chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). Except as otherwise noted herein, all information in the Schedules and Statement is as reflected in the Debtor's books and records as of the Petition Date.

2.  Basis of Presentation. These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

3.  Summary of Significant Reporting Policies. The Debtor, in consultation with Bridge, adopted the "book value" valuation convention in the preparation of the Schedules and Statement. The "book value" valuation convention uses historical acquisition costs less depreciation (if applicable) as recorded on the Debtor's books as of the Petition Date.

At this stage of the Debtor's bankruptcy case, the Debtor believes that it is unnecessary, prohibitively expensive, and unduly burdensome to obtain and provide current market valuations of the Debtor's assets and liabilities. Accordingly, unless otherwise noted, the Schedules and Statement reflect the carrying value of the assets and liabilities as listed in the Debtor's books and records.

       (a)    <u>Real Property and Personal Property – Leased</u>. In the ordinary course of its businesse, the Debtor leased real property from certain third-party lessors. Every attempt has been made to set forth all such leases in the Schedules and Statement. The property subject to leases may be reflected in the Schedules and Statement as either property or assets owned by the Debtor or property or assets of third-parties within the control of the Debtor. However, nothing in the Schedules or Statement is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether such lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to all such issues. Furthermore, the listing of any property owned or leased by the Debtor as personal or real property is for purposes of the Schedules and Statement only and does not necessarily constitute the legally correct classification of the Debtor's interest in such property. The Debtor reserves all of its rights to dispute or challenge the classification of any real or personal property listed within the Schedules and Statement.

       (b)    <u>Causes of Action</u>. The Debtor reserves all of its rights with respect to any causes of action it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver or release of any such causes of action. The Schedules and Statement do not include administrative or other proceedings.

       (c)    <u>Schedule D.</u>    The Debtor reserves the right to dispute or challenge the validity, extent, priority, perfection, immunity from avoidance, or other challenge of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all of its rights to dispute or challenge the secured status of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, validity, and priority of any liens. Nothing in the Global Notes or in the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreement.

(d)    Schedule F.  Schedule F sets forth the liabilities of the Debtor to specific creditors as such amounts are reflected on the books and records of the Debtor as of the Petition Date. The claims listed arose or were incurred on various dates.  In certain instances, the date on which the claim arose is unclear.  While reasonable efforts have been made, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for which each claim listed on Schedule F. Schedule F also contains information regarding related parties involving the Debtor.  The amounts for these potential claims are listed as undetermined and marked as unliquidated and disputed in the Schedules.  Schedule F contains information regarding pending litigation involving the Debtor.  The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated and disputed in the Schedules.

(e)    Schedule G. While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may exist or have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Additionally, the Debtor may be a party to various other agreements concerning real property, such as easements, rights of way, subordination, nondisturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules and Statements, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  Accordingly, the Debtor reserves all of its rights, claims, and causes of action with respect to any such omitted contracts or agreements.

(f)    Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves its right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules and Statements as to amount, liability or status.

(g)    Allocation of Liabilities Between Pre-Petition and Post-Petition Periods.  The Debtor, in conjunction with Bridge, has made every effort to allocate liabilities between pre-petition and post-petition periods based upon the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

(h)    Credits and Allowances.  The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts. The claims of individual creditors for, among other things, services or taxes are generally listed as the lower of the amounts invoiced by such creditor and the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits and allowances. In addition, the Bankruptcy Court has approved the payment of certain pre-petition claims against the Debtor, including, without limitation, certain claims of employees for wages, salaries, contributions to benefit plans, reimbursement of business expenses and other claims, as well as certain tax obligations. Such claims may not be reflected in Schedule E or Schedule F.

(i)    Related Receivables and Payables.  Related Receivables and Payables consist of the transfer of cash between and among the related parties and the pass-through of revenues related to each respective related party through the centralized cash management system of the Debtor.

FORM B6-Cont.
(12/07)

# UNITED STATES BANKRUPTCY COURT

_____NORTHERN_____ **DISTRICT OF** _____TEXAS_____

In re:  **Heritage Consolidated LLC** _____     Case No.  **10-36484-HDH-11**
_____
                       Debtor

Chapter___ 11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $22,983,519.67 | | |
| B - Personal Property | yes | 5 | $535,257.30 | | |
| C - Property Claimed as Exempt | no | 0 | | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $18,958,855.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 6 | | $27,243,423.63 | |
| G - Executory Contracts and Unexpired Leases | yes | 3 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | no | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | no | 0 | | | N/A |
| **TOTAL** | | 21 | $23,518,776.97 | $46,202,279.13 | |

FORM B6A
(12/07)

**In re: Heritage Consolidated LLC**
_____
Debtor

**Case No. 10-36484-HDH-11**
_____
(if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY,WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See Exhibit for Schedule A | | N/A | $22,983,519.67 | |
| | | Total => | $22,983,519.67 | |

(Report also on Summary of Schedules.)

Sheet no. 1 of 1

**HERITAGE CONSOLIDATED LLC, EXHIBIT FOR SCHEDULE A**

**HERITAGE CO[  ]IDATED LLC**

**EXHIBIT FOR SCHEDULE A**

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|------|--------------|--------|--------|------------|-----------------|-------------|------|------|
| A G Hill #1, Pat Howell #1 | | Noess Exploration Company | Heritage Standard Corporation | 2/1/2004 | | All of Section 6, Block 74, PSL, Survey, Winkler County, Texas | 509 | 879 |
| A G Hill #1, Pat Howell #1 | | Laura Korach Howell | Heritage Standard Corporation | 2/1/2004 | | All of Section 6, Block 74, PSL, Survey, Winkler County, Texas | 509 | 895 |
| A G Hill #1, Pat Howell #1 | | Elizabeth Fabian Howell | Heritage Standard Corporation | 2/1/2004 | | All of Section 6, Block 74, PSL, Survey, Winkler County, Texas | 509 | 887 |
| A G Hill #1, Pat Howell #1 | | Gwyneth Webster Howell | Heritage Standard Corporation | 2/1/2004 | | All of Section 6, Block 74, PSL, Survey, Winkler County, Texas | 510 | 16 |
| A G Hill #1, Pat Howell #1 | | Rosie Emily Howell | Heritage Standard Corporation | 2/1/2004 | | All of Section 6, Block 74, PSL, Survey, Winkler County, Texas | 510 | 1 |

A G Hill 1

| | |
|---|---|
| WI - BPO | 75.750000% |
| WI - APO | 38.750000% |
| NRI - BPO | 56.812500% |
| NRI - APO | 29.062500% |

Pat Howell 1

| | |
|---|---|
| WI - BPO | 81.250000% |
| WI - APO | 81.250000% |
| NRI - BPO | 60.937500% |
| NRI - APO | 60.937500% |

1 of 17

# HERITAGE CON___IDATED LLC
## EXHIBIT FOR SCHEDULE A

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Mexico "P" Federal #1 | 120NM01 | The United States of America | Zonetta Dorland | 10/1/1963 | | W/2, W/2 E/2 and NE/4 NE/4 Section 21, Township 26 South, Range 35 East, N M P M, Lea County, New Mexico | 227 | 250 |
| Mexico "P" Federal #1 | | The United States of America | Heritage Standard Corporation | 6/1/2002 | | SE/4SE/4 and E/2SE/4 Section 21, Township 26 South, Range 35 East, N MP M., Lea County, New Mexico | 1196 | 708 |

| | |
|---|---|
| WI - BPO | 95 725870% |
| WI - APO | 95 725870% |
| NRI - BPO | 76 598441% |
| NRI - APO | 76 598441% |

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Tubb Estates 2 - Unit 1 | 199TX002A | InterFirst Bank Ft. Worth (Tubb) | Lee House | 9/30/1982 | | All of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 74L | 245L |
| Tubb Estates 2 - Unit 1 | 199TX004B | Carrye C. Payton | Sinclair Oil & Gas Company | 9/8/1965 | | NE/4, SW/4, S/2 SE/4 and E/3 NW/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 212 | 83 |
| Tubb Estates 2 - Unit 1 | 199TX004C | Lydia P Cowden, et al | B H Grube | 5/13/1946 | | NE/4, SW/4, S/2 SE/4 and E/3 NW/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 87 | 474 |
| Tubb Estates 2 - Unit 1 | 199TX007A | Beth Brownlee | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 556W/25 0L |
| Tubb Estates 2 - Unit 1 | 199TX007B | Paralee P. McMahon | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 550W/25 7L |
| Tubb Estates 2 - Unit 1 | 199TX007C | Paralee M. Hays | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 544W/26 4L |
| Tubb Estates 2 - Unit 1 | 199TX007D | Patricia M Crocker | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 538W/27 1L |
| Tubb Estates 2 - Unit 1 | 199TX007F | Jake H Harrison (AIF - Michael Harrison) | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 526W/28 5L |
| Tubb Estates 2 - Unit 1 | 199TX007G | Ann B. Lankford | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 520W/29 2L |
| Tubb Estates 2 - Unit 1 | 199TX007H | Ellen Brownlee Roberts | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 514W/29 9L |
| Tubb Estates 2 - Unit 1 | 199TX007I | Marvin L. Welch | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 508W/30 6L |
| Tubb Estates 2 - Unit 1 | 199TX007J | Ann W Gray | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 502W/31 3L |
| Tubb Estates 2 - Unit 1 | 199TX007K | Susan M. Barker-Benfield | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 496W/32 0L |
| Tubb Estates 2 - Unit 1 | 199TX007L | Linda H Richey | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 490W/32 7L |
| Tubb Estates 2 - Unit 1 | 199TX007M | K. M. LeBlond | Heritage Resources, Inc | 3/26/1984 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 339W/74 L | 328W/71 1L |
| Tubb Estates 2 - Unit 1 | 199TX007N | Roy E Kimsey, Jr | Heritage Resources, Inc | 5/2/1984 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 339W/74 L | 617W/71 3L |
| Tubb Estates 2 - Unit 1 | 199TX007P | Lee Caldwell | Heritage Resources, Inc | 5/2/1984 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 339W/74 L | 619W/71 5L |

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|------|--------------|--------|--------|------------|-----------------|-------------|------|------|
| Tubb Estates 2 - Unit 1 | 190TX007Q | John H Healey | Heritage Resources, Inc | 5/2/1984 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 339W/74 L | 621W/71 7L |
| Tubb Estates 2 - Unit 1 | 190TX007R | InterFirst Bank (AIF - Lela Brownlee) | Lee House | 5/3/1982 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 331W/74 L | 532W/27 8L |
| Tubb Estates 2 - Unit 1 | 190TX007S | W. H Hunt Trust | Heritage Resources, Inc | 7/20/1984 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 341W/74 L | 393W/33 4L |
| Tubb Estates 2 - Unit 1 | 190TX008A | Ellott Davis, et al | Wisenbaker Production Company | 3/7/1988 | | W/2 NW/4 and N/2 SE/4 of Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 377W/83 L | 382W/35 0L |
| Tubb Estates 2 - Unit 1 | 190TX008B | Ellott Davis, et al | Wisenbaker Production Company | 7/29/1982 | | Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas, from surface to the base of the Pennsylvanian Formation | 341W/64 L | 539W/42 4L |
| Tubb Estates 2 - Unit 1 | 190TX008C | InterFirst Bank Abilene | Heritage Resources, Inc | 2/13/1984 | | Section 2, Block C-24, PSL Survey, Winkler and Loving Counties, Texas | 337W/74 L | 905W/67 9L |

| | |
|------|------------|
| WI - BPO | 32 035340% |
| WI - APO | 32 035340% |
| NRI - BPO | 25 744473% |
| NRI - APO | 25 744473% |

# HERITAGE CON    IDATED LLC
## EXHIBIT FOR SCHEDULE A

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Wolfe Units #1,#2,#4,#5,#6 | 190TX004B | Carrye Cowden Payton, et al | Sinclair Oil & Gas Company | 9/8/1965 | | SE/4 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 212 | 83 |
| Wolfe Units #1,#2,#4,#5,#6 | 190TX004C | Lydia P Cowden, et al | B H Grube | 5/13/1946 | | SW/4 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 87 | 474 |
| Wolfe Units #1,#2,#4,#5,#6 | 300TX012 | T. H. Neel and the First National Bank of Fort Worth, Independent Executors U/W/O J. B. Tubb, deceased | Roy E Kimsey, Jr | 2/18/1964 | | N/2 and S/2 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 201 | 131 |
| Wolfe Units #1,#2,#4,#5,#6 | 300TX013 | Cities Service Oil Company | Caroline Hunt Trust Estate | 2/10/1968 | | SW/4 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 232 | 443 |
| Wolfe Units #1,#2,#4,#5,#6 | 300TX013A | The Citizens National Bank in Abilene | Roy E Kimsey, Jr | 2/3/1964 | | N/2 and S/2 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 200 | 301 |
| Wolfe Units #1,#2,#4,#5,#6 | 300TX032 | Lela Cowden Brownlee, et vir | Roy E Kimsey, Jr. | 2/3/1964 | | N/2 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 200 | 278 |
| Wolfe Units #1,#2,#4,#5,#6 | 300TX034 | Carrye Cowden Payton | Roy E Kimsey, Jr | 2/3/1964 | | N/2 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 200 | 283 |
| Wolfe Units #1,#2,#4,#5,#6 | 300TX037 | Paralee Manly Hays, et vir | Roy E Kimsey, Jr | 2/3/1964 | | N/2 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 200 | 279 |
| Wolfe Units #1,#2,#4,#5,#6 | 300TX38 | Birdie Cowden Spaulding | Roy E Kimsey | 02/0/64 | | N/2 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 200 | 281 |
| Wolfe Units #1,#2,#4,#5,#6 | Mineral Deed | Southland Royalty Company | Crittendon Acquisition Company, et al | 6/23/1987 | | SE/4 of Section 24, Block C-23, PSL Survey, Winkler County, Texas | 369 | 24 |

**Wolfe Unit 1**

| | |
|---|---|
| WI - BPO | 47.406050% |
| WI - APO | 47.406050% |
| NRI - BPO | 40.281954% |
| NRI - APO | 40.281954% |

**Wolfe Unit 2**

| | |
|---|---|
| WI - BPO | 61.749300% |
| WI - APO | 61.749300% |
| NRI - BPO | 49.588190% |
| NRI - APO | 49.588190% |

**Wolfe Unit 4**

| | |
|---|---|
| WI - BPO | 62.741650% |
| WI - APO | 62.741650% |
| NRI - BPO | 50.520459% |
| NRI - APO | 50.520459% |

**Wolfe Unit 5**

| | |
|---|---|
| WI - BPO | 66.491690% |
| WI - APO | 66.491690% |
| NRI - BPO | 58.747987% |
| NRI - APO | 58.747987% |

**Wolfe Unit 6**

| | |
|---|---|
| WI - BPO | 67.476430% |
| WI - APO | 67.476430% |
| NRI - BPO | 54.466737% |
| NRI - APO | 54.466737% |

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013A | Paralee McMahon | Heritage Resources, Inc | 3/12/1984 | 3/12/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 338 | 775 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013B | Ellen Roberts | Heritage Resources, Inc. | 3/9/1984 | 3/9/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 338 | 797 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013C | InterFirst Abilene | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 338 | 773 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013D | Ann Lankford | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 338 | 781 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013F | Susan Barker-Benfield | Heritage Resources, Inc | 3/12/1984 | 3/12/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 339 | 128 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013G | Patricia Crocker | Heritage Resources, Inc | 3/12/1984 | 3/12/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 338 | 799 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013H | Paralee Hays | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 339 | 126 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013I | Anne Welch | Heritage Resources, Inc | 3/15/1984 | 3/15/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 338 | 805 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013J | Evelyn Harrison | Heritage Resources, Inc | 3/15/1984 | 3/15/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 338 | 803 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X013K | Beth Brownlee | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 338 | 783 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016A | Katherine LeBlond | Heritage Resources, Inc | 3/20/1984 | 3/20/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 339 | 132 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016B | Interfirst Bank | Heritage Resources, Inc | 3/26/1984 | 3/26/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 339 | 130 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016C | Roy E Kimsey, Jr | Heritage Resources, Inc | 2/4/1986 | 8/4/1986 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 355 | 134 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016D | John H Healey | Heritage Resources, Inc | 2/10/1986 | 8/10/1986 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 355 | 132 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016E | Lee Caldwell | Heritage Resources, Inc | 2/6/1986 | 2/6/1987 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 355 | 127 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016F | A G Hill, et al | Heritage Resources, Inc | 3/12/1986 | 7/12/1986 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 14,497' | 356 | 647 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016G | Frontier Fuels, Inc | Heritage Resources, Inc | 1/23/1986 | 1/23/1987 | SE/4 of Section 23, Block C-23, PSL Survey, Winkler County, Texas, from a depth of 13,800' to a depth of 14,650' | 359 | 212 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016H | W H Hunt Trust Estate (Paul A Hope, Trustee) | Heritage Resources, Inc. | 2/9/1986 | 8/9/1986 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 14,497' | 359 | 877 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016I | Charles B Renaud | Heritage Resources, Inc | 9/26/1986 | 9/26/1989 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas | 362 | 318 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X016J | Anardarko Petroleum Corp | Heritage Resources, Inc | 9/19/1986 | 6/19/1987 | SE/4 of Section 23, Block C-23, PSL Survey, Winkler County, Texas, from a depth of 13,385' to a depth of 14,750' | 363/366 | 52/888 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X017A | Interfirst Ft Worth (Tubb) | Heritage Resources, Inc | 4/6/1984 | 4/6/1985 | All of Section 23, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 14,447' | 339 | 332 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 1907X018A | Lemmon & Interfirst | Heritage Resources, Inc | 5/24/1984 | 5/24/1987 | SE/4 of Section 23, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 14,750' | 340 | 200 |

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Tubb Estate 23 - Unit #1 & Unit #1R | 190TX018F | Texas American Bank/Trustee for Renaud Mineral Trust dated 08/30/85 | John W B Northington | 3/18/1986 | 3/18/1987 | SE/4 of Section 23, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 14,497' | 357 | 230 |
| Tubb Estate 23 - Unit #1 & Unit #1R | 190TX018G | Texas American Bank/Ft Worth, N.A., Trustee of the Bertha R Koch Trust | John W B Northington | 3/18/1986 | 3/18/1987 | SE/4 of Section 23, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 14,497' | 357 | 233 |
| Tubb Estate 23 - Unit #1 & Unit #1R | Assignment of Mineral Interests | Amarillo National Bank | Michael B Wisenbaker as Agent | 5/12/1995 | | Section 23, Block C-23, PSL Survey, Winkler County, Texas | 428 | 136 |

Tubb Estate 23 - Unit 1

| | |
|---|---|
| WI - BPO | 62.508890% |
| WI - APO | 62.508890% |
| NRI - BPO | 47.012828% |
| NRI - APO | 47.012828% |

Tubb Estate 23 - Unit 1R

| | |
|---|---|
| WI - BPO | 81.854140% |
| WI - APO | 81.854140% |
| NRI - BPO | 60.848287% |
| NRI - APO | 60.848287% |

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Tubb Estate 25 - Units #1,#2, & #3 | 1907X004B | Carrye C Payton, et al | Sinclair Oil & Gas Company | 9/8/1965 | | Section 25, Block C-23, PSL Survey, Winkler County, Texas | 212 | 83 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X014 | T H Neel and the First National Bank of Fort Worth, Independent Executors U/W/O J B Tubb, deceased | Roy E Kimsey, Jr | 2/18/1964 | | Section 25, Block C-23, PSL Survey, Winkler County, Texas | 201 | 127 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X015 | Citizens National Bank Abilene | Roy E Kimsey, Jr | 2/3/1964 | | Section 25, Block C-23, PSL Survey, Winkler County, Texas | 200/204 | 305/509 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X016 | Olive S. Molumphy, et vir | Marjorie M Weaver | 1/11/1966 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 214 | 385 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X018 | Grace P Lybrand | Marjorie M Weaver | 12/3/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 213 | 437 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X019 | Frances G Snyder | Marjorie M Weaver | 1/11/1966 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 214 | 271 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X020 | Fay B. Brown | Marjorie M. Weaver | 1/11/1966 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 215 | 355 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X021 | Joseph M Barnhill | Marjorie M Weaver | 1/11/1966 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 215 | 357 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X022 | Marjorie O Hopewell | Marjorie M Weaver | 12/3/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 213 | 363 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X023 | M M Pfeifer, et vir | Marjorie M Weaver | 9/21/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 481 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X024 | Hilda S Perrine | Marjorie M Weaver | 9/27/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 565 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X025 | Cleo R. Hill, et vir | Marjorie M Weaver | 9/23/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 549 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X044 | Buttram Texhoma Co | Marjorie M Weaver | 9/16/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 475 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X045 | Louise L. Dunnam, et vir | Marjorie M Weaver | 8/25/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 243 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X046 | Foster Petroleum Corporation | Marjorie M Weaver | 10/4/1965 | | SW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 555 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X014A | Cities Service Oil Company | Caroline Hunt Trust Estate | 2/10/1968 | | SW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 232 | 446 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X017 | H G Banks, et ux | Marjorie M Weaver | 12/3/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 213 | 359 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X027 | M L McLam | Marjorie M Weaver | 9/21/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 479 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X028 | Fred P Myers, et al | Marjorie M Weaver | 11/3/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 212 | 434 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X047 | Mary M. Fox | Marjorie M Weaver | 9/21/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 571 |
| Tubb Estate 25 - Units #1,#2, & #3 | 3007X026 | M W McLam | Marjorie M Weaver | 9/21/1965 | | NW/4 Section 25, Block C-23, PSL Survey, Winkler County, Texas | 211 | 477 |

# HERITAGE CO[ ]IDATED LLC
## EXHIBIT FOR SCHEDULE A

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| | | | Tubbi Estate 2S - Unit 1 | | | | | |
| | WI - BPO | | | | 63.63696 0% | | | |
| | WI - APO | | | | 46.429790% | | | |
| | NRI - BPO | | | | 51.880071% | | | |
| | NRI - APO | | | | 38.046994% | | | |
| | | | Tubbi Estate 2S - Unit 2 | | | | | |
| | WI - BPO | | | | 46.429790% | | | |
| | WI - APO | | | | 46.429790% | | | |
| | NRI - BPO | | | | 38.046994% | | | |
| | NRI - APO | | | | 38.046994% | | | |
| | | | Tubbi Estate 2S - Unit 3 | | | | | |
| | WI - BPO | | | | 83.168550% | | | |
| | WI - APO | | | | 39.681065% | | | |
| | NRI - BPO | | | | 67.618939% | | | |
| | NRI - APO | | | | 31.832818% | | | |

**HERITAGE CON___IDATED LLC**
**EXHIBIT FOR SCHEDULE A**

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X011A | Clarence Cowden | Gary W Whitlow | 2/6/1984 | | All of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 338 | 771 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X011B | Gulf Oil | Heritage Resources, Inc | 1/10/1985 | | All of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to the base of the Fusselman Formation | 349 | 34 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X011C | Helen Cowden Buzbee, et vir | Atlantic Richfield Company | 10/3/1983 | | All of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 335 | 716 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X011D | Interfirst Bank of Abilene | Atlantic Richfield Company | 11/22/1983 | | SE/4, SW/4 and NW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 336 | 817 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012A | Marjorie Weaver | Heritage Resources, Inc | 5/24/1984 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 339 | 821 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012B | Mercantile Bank (Wolferman) | Heritage Resources, Inc | 10/30/1984 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 343 | 868 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012C | Southland Royalty | Heritage Resources, Inc | 6/19/1985 | | E/2 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,333' | 351 | 78 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012D | Cities Service Oil and Gas Corporation | Heritage Resources, Inc | 6/17/1985 | | NW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,300' | 352 | 30 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012E | Doyle W Cotton, Trustee | Heritage Resources, Inc | 6/1/1985 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 354 | 93 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012F | Houston Royalty Company | Marjorie M Weaver | 12/15/1965 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 214 | 393 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012G | Elsa Janet Vette, et vir | Atlantic Richfield Company | 10/7/1983 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 335 | 812 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012H | Luellen Clifton | Atlantic Richfield Company | 10/17/1983 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 335 | 791 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012I | First National Bank of Kansas City, Trustee | Atlantic Richfield Company | 10/28/1983 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 336 | 470 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012J | Mabel Buchanan | Atlantic Richfield Company | 12/20/1983 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 337 | 384 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X012K | Mabel C Buchanan, Individually and Co-Executrix | Atlantic Richfield Company | 1/25/1984 | | NE/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 338 | 317 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X015A | George Bristol | Heritage Resources, Inc | 3/9/1984 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 338 | 528 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X015B | Frederick Bristol | Heritage Resources, Inc | 3/9/1984 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 338 | 531 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X015C | Edwin Reynolds | Heritage Resources, Inc | 3/9/1984 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 338 | 534 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X015D | Marjorie Huszagh | Heritage Resources, Inc | 3/9/1984 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 338 | 537 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 1907X015E | Dorothea W Huszagh | Heritage Resources, Inc | 8/7/1984 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 353 | 557 |

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX015F | Charles B. Renaud | Heritage Resources, Inc | 9/26/1986 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 362 | 320 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX017A | Interfirst Ft Worth - Tubb Estate | Heritage Resources, Inc | 4/6/1984 | | Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 20,012' | 339 | 332 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX017C | Caroline H. Schellkopf and Loyd B Sands | Heritage Resources, Inc | 8/20/1986 | | Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,400' | 361 | 673 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX018A | Lennon & Interfirst | Heritage Resources, Inc | 5/24/1984 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,400' | 340 | 200 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX018B | Louise Sylva Allen, Individually and as Independent Executrix | Atlantic Richfield Company | 10/3/1983 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 335 | 701 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX018C | James Y Phillips | Atlantic Richfield Company | 12/9/1983 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 336 | 815 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX018D | James Olcott Phillips, Individually and as Independent Executor | Atlantic Richfield Company | 11/30/1983 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 336 | 819 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX018E | David A Phillips | Atlantic Richfield Company | 11/30/1983 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 337 | 32 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX018F | Texas American Bank/Trustee for Renaud Mineral Trust dated 08/30/85 | John W B Northington | 3/18/1986 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,164' | 357 | 230 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX018G | Texas American Bank, Ft. Worth, N A , Trustee of the Bertha R. Koch Trust | John W B Northington | 3/18/1986 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,174' | 357 | 233 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX020A | Shannon, et al | Heritage Resources, Inc | 8/31/1984 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 20,012' | 342 | 417 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | 190TX020B | M. M Trammell | Heritage Resources, Inc | 8/31/1984 | | SW/4 of Section 22, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 20,012' | 342 | 419 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | Mineral Deed | Southland Royalty Company | Crittendon Acquisition Company, et al | 6/23/1987 | | E/2 of Section 22, Block C-23, PSL Survey Winkler County, Texas | 369 | 24 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | Mineral Deed | Doyle W Cotton, Jr Trustee of the D W C Trust dated 6/15/77 | Michael B Wisenbaker | 1/3/1989 | | NE/4 Section 22, Block C-23, PSL Survey, Winkler County, Texas | 382 | 874 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | Mineral Deed | C J Donally, Jr as a Trustee of the Margaret Hunt Hill- Albert G. Hill III Trust, et al | Crittendon Corporation | 2/14/1995 | | All of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 426 | 444 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | Mineral Deed | Lyda Hill | Crittendon Corporation | 2/20/1995 | | All of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 426 | 456 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | | PT Investments | Headwaters Oil Company | 9/13/1984 | | All of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 343 | 6 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | Assignment of Mineral Interests | Amarillo National Bank | Michael B Wisenbaker as Agent | 5/12/1995 | | Section 22, Block C-23, PSL Survey, Winkler County, Texas | 428 | 136 |
| Tubb Estate 22 - Units #1,#2,#3,#IR | Mineral Deed | U S Financal Corporation | Crittendon Corporation | 2/13/1995 | | All of Section 22, Block C-23, PSL Survey, Winkler County, Texas | 426 | 442 |

HERITAGE CO[ ] [ ]IDATED LLC
EXHIBIT FOR SCHEDULE A

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| | | | Tubb Estate 22 - Unit 1 | | | | | |
| | | | WI - BPO | | 79.45600 0% | | | |
| | | | WI - APO | | 79.45600 0% | | | |
| | | | NRI - BPO | | 59.107380% | | | |
| | | | NRI - APO | | 59.107380% | | | |
| | | | Tubb Estate 22 - Unit 2 | | | | | |
| | | | WI - BPO | | 67.201570% | | | |
| | | | WI - APO | | 58.131510% | | | |
| | | | NRI - BPO | | 53.650050% | | | |
| | | | NRI - APO | | 46.374599% | | | |
| | | | Tubb Estate 22 - Unit 3 | | | | | |
| | | | WI - BPO | | 67.844300% | | | |
| | | | WI - APO | | 67.844300% | | | |
| | | | NRI - BPO | | 58.389669% | | | |
| | | | NRI - APO | | 58.389669% | | | |
| | | | Tubb Estate 22 - Unit 1R | | | | | |
| | | | WI - BPO | | 78.262240% | | | |
| | | | WI - APO | | 75.786670% | | | |
| | | | NRI - BPO | | 61.832454% | | | |
| | | | NRI - APO | | 59.835298% | | | |

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Tubb Estate 21 Units 1 & 2 | 190TX002A | InterFirst Ft. Worth (Tubb) | Lee House | 9/30/1982 | 9/30/1985 | All of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 320 | 295 |
| Tubb Estate 21 Units 1 & 2 | 190TX003A | InterFirst Abilene | Heritage Resources, Inc | 4/23/1984 | 10/15/1986 | All of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 339 | 576 |
| Tubb Estate 21 Units 1 & 2 | 190TX004A | Mbank Ft. Worth (McGinley Trust) | Heritage Resources, Inc | 11/2/1984 | 7/7/1986 | SE/4 of Section 21, Block C-23, PSL Survey, to a depth of 19,018', Winkler County, Texas | 343 | 309 |
| Tubb Estate 21 Units 1 & 2 | 190TX004B | Carrye Cowden Payton, et al | Sinclair Oil and Gas Company | 9/8/1965 | 9/8/1975 | SE/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 212 | 83 |
| Tubb Estate 21 Units 1 & 2 | 190TX005A | Paralee Payton McMahon | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 84 |
| Tubb Estate 21 Units 1 & 2 | 190TX005B | Evelyn Harrison | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 90 |
| Tubb Estate 21 Units 1 & 2 | 190TX005C | Beth Brownlee | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 96 |
| Tubb Estate 21 Units 1 & 2 | 190TX005D | Annie Welch | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 102 |
| Tubb Estate 21 Units 1 & 2 | 190TX005F | Jake Harrison (AIF - Michael Harrison) | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 399 |
| Tubb Estate 21 Units 1 & 2 | 190TX005G | Patricia Crocker | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 114 |
| Tubb Estate 21 Units 1 & 2 | 190TX005H | InterFirst Abilene (AIF - Brownlee) | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 120 |
| Tubb Estate 21 Units 1 & 2 | 190TX005I | Ann Lankford | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 126 |
| Tubb Estate 21 Units 1 & 2 | 190TX005J | Ellen Brownlee | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 132 |
| Tubb Estate 21 Units 1 & 2 | 190TX005K | Marvin Welch | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 138 |
| Tubb Estate 21 Units 1 & 2 | 190TX005L | Ann Gray | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 144 |
| Tubb Estate 21 Units 1 & 2 | 190TX005M | Susan Barker-Benfield | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 150 |
| Tubb Estate 21 Units 1 & 2 | 190TX005N | Linda Richey | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 156 |
| Tubb Estate 21 Units 1 & 2 | 190TX005P | Paralee Hays | Lee House | 4/22/1982 | 1/24/1986 | SW/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 330 | 108 |
| Tubb Estate 21 Units 1 & 2 | 190TX013A | Paralee McMahon | Heritage Resources, Inc | 3/12/1984 | 3/12/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 775 |
| Tubb Estate 21 Units 1 & 2 | 190TX013B | Ellen Roberts | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 797 |
| Tubb Estate 21 Units 1 & 2 | 190TX013C | InterFirst Abilene (AIF - Lela Brownlee) | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 773 |
| Tubb Estate 21 Units 1 & 2 | 190TX013D | Ann Lankford | Heritage Resources, Inc. | 3/9/1984 | 3/9/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 781 |
| Tubb Estate 21 Units 1 & 2 | 190TX013F | Susan Barker-Benfield | Heritage Resources, Inc | 3/12/1984 | 3/12/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 339 | 128 |
| Tubb Estate 21 Units 1 & 2 | 190TX013G | Patricia Crocker | Heritage Resources, Inc | 3/12/1984 | 3/12/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 799 |

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|
| Tubb Estate 21 Units 1 & 2 | 190TX013H | Paralee Hays | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 339 | 126 |
| Tubb Estate 21 Units 1 & 2 | 190TX0131 | Anne Welch | Heritage Resources, Inc | 3/15/1984 | 3/15/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 805 |
| Tubb Estate 21 Units 1 & 2 | 190TX013J | Evelyn Harrison | Heritage Resources, Inc | 3/15/1984 | 3/15/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 803 |
| Tubb Estate 21 Units 1 & 2 | 190TX013K | Beth Brownlee | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 783 |
| Tubb Estate 21 Units 1 & 2 | 190TX014A | Jake Harrison (AIF – Michael Harrison) | Heritage Resources, Inc | 3/15/1984 | 3/15/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 801 |
| Tubb Estate 21 Units 1 & 2 | 190TX014B | Marvin Welch | Heritage Resources, Inc | 3/15/1984 | 3/15/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 338 | 795 |
| Tubb Estate 21 Units 1 & 2 | 190TX014C | Ann Gray | Heritage Resources, Inc | 3/15/1984 | 3/15/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 339 | 366 |
| Tubb Estate 21 Units 1 & 2 | 190TX014D | Linda Richey | Heritage Resources, Inc | 3/15/1984 | 3/15/1987 | N/2 of Section 21, Block C-23, PSL Survey, Winkler County, Texas | 339 | 364 |
| Tubb Estate 21 Units 1 & 2 | 190TX015A | George Bristol | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | SE/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 338 | 528 |
| Tubb Estate 21 Units 1 & 2 | 190TX015B | Frederick Brstiol | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | SE/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 338 | 531 |
| Tubb Estate 21 Units 1 & 2 | 190TX015C | Edwin Reynolds | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | SE/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 338 | 534 |
| Tubb Estate 21 Units 1 & 2 | 190TX015D | Marjorie Huszagh | Heritage Resources, Inc | 3/9/1984 | 3/9/1987 | SE/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 338 | 537 |
| Tubb Estate 21 Units 1 & 2 | 190TX015E | Dorothea W Huszagh | Heritage Resources, Inc. | 8/7/1984 | 8/7/1987 | SE/4 of Section 21, Block C-23, PSL Survey, Winkler County, Texas, to a depth of 19,806' | 353 | 557 |
| Tubb Estate 21 Units 1 & 2 | Assignment of Mineral Interests | Amarillo National Bank | Michael B Wisenhaker as Agent | 5/12/1995 | | Section 21, Block C-23, PSL Survey, Winkler County, Texas | 428 | 136 |

| Tubb Estate 21 Unit 1 | |
|---|---|
| WI - BPO | 54.314870% |
| WI - APO | 54.314870% |
| NRI - BPO | 40.159033% |
| NRI - APO | 40.159033% |

| Tubb Estate 21 Unit 2 | |
|---|---|
| WI - BPO | 82.883150% |
| WI - APO | 80.784380% |
| NRI - BPO | 61.126349% |
| NRI - APO | 59.027579% |

HERITAGE COI    IDATED LLC
EXHIBIT FOR SCHEDULE A

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|------|-------------|--------|--------|-----------|-----------------|-------------|------|------|
| Tubb 9 Units 1 & 2 | 1907TX04B | Carrye Cowden Payton, et al | Sinclair Oil & Gas Company | 9/8/1965 | | SW/4 and S/2 SE/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 212 | 83 |
| Tubb 9 Units 1 & 2 | 300TX032 | Lela Cowden Brownlee, et vir | Roy E. Kimsey | 2/3/1964 | | N/2 of sSection 9, Block 74, PSL Survey, Winkler County, Texas | 200 | 278 |
| Tubb 9 Units 1 & 2 | 300TX033 | T H Neel and the First National Bank of for Worth, Independent Executors U/W/O J B Tubb, deceased | Roy E. Kimsey | 2/18/1964 | | N/2, SE/4 and SW/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 201 | 133 |
| Tubb 9 Units 1 & 2 | 300TX034 | Carrye Cowden Payton | Roy E. Kimsey | 2/3/1964 | | N/2 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 200 | 283 |
| Tubb 9 Units 1 & 2 | 300TX035 | Citizens National Bank in Abilene, Texas | Roy E. Kimsey | 2/3/1964 | | N/2, SE/4 and SW/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 200 | 299 |
| Tubb 9 Units 1 & 2 | 300TX037 | Paralee Manly Hays, et vir | Roy E. Kimsey | 2/3/1964 | | N/2 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 200 | 279 |
| Tubb 9 Units 1 & 2 | 300TX038 | Birdie Cowden Spaulding | Roy E. Kimsey | 2/3/1964 | | N/2 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 200 | 281 |
| Tubb 9 Units 1 & 2 | 300TX039 | Carrye Cowden Spaulding | Roy E. Kimsey | 7/9/1965 | | N/2 SE/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 210 | 212 |
| Tubb 9 Units 1 & 2 | 300TX040 | Paralee Manly Hays, et vir | Roy E. Kimsey | 7/9/1965 | | N/2 SE/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 210 | 208 |
| Tubb 9 Units 1 & 2 | 300TX041 | Birdie Cowden Spaulding | Roy E. Kimsey | 7/9/1965 | | N/2 SE/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 210 | 210 |
| Tubb 9 Units 1 & 2 | 300TX042 | Lela Cowden Brownlee, et vir | Roy E. Kimsey | 7/9/1965 | | N/2 SE/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 210 | 206 |
| Tubb 9 Units 1 & 2 | 300TX043 | Foster Petroleum Corporation | Marjorie M. Weaver | 10/4/1965 | | SW/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 211 | 533 |
| Tubb 9 Units 1 & 2 | 300TX036 | Cities Service Oil Company | Atlantic Richfield Company | 11/8/1973 | | SW/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 273 | 171 |
| Tubb 9 Units 1 & 2 | Mineral Deed | Sunrise Energy Partners, Ltd VI A Limited Partnership | Crittendon Corporation | 8/13/1996 | | SW/4 of Section 9, Block 74, PSL Survey, Winkler County, Texas | 439 | 82 |

Tubb 9 Unit 1

| | |
|--|--|
| WI - BPO | 46.002810% |
| WI - APO | 46.002810% |
| NRI - BPO | 37.958651% |
| NRI - APO | 37.958651% |

Tubb 9 Unit 2

| | |
|--|--|
| WI - BPO | 65.856820% |
| WI - APO | 44.910320% |
| NRI - BPO | 58.791282% |
| NRI - APO | 39.509849% |

# HERITAGE CONSOLIDATED LLC
## EXHIBIT FOR SCHEDULE A

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|------|--------------|--------|--------|------------|-----------------|-------------|------|------|
| Tubb 1 Unit 1 | 190TX04B | Carrye Cowden Payton, et al | Sinclair Oil & Gas Company | 9/8/1965 | | Section 1, Block 75, PSL Survey, Winkler County, Texas | 212 | 83 |
| Tubb 1 Unit 1 | 300TX029 | Citizens National Bank of Abilene | Marjorie M. Weaver | 4/8/1965 | | Section 1, Block C-24, PSL Survey, Winkler County, Texas | 208 | 379 |
| Tubb 1 Unit 1 | 300TX030 | T. H. Neel and the First National Bank of for Worth, Independent Executors U/W/O J. B. Tubb, deceased | Marjorie M. Weaver | 4/15/1965 | | Section 1, Block C-24, PSL Survey, Winkler County, Texas | 208 | 633 |
| Tubb 1 Unit 1 | Mineral Deed | Southland Royalty Company | Crittendon Acquisition Company, et al | 6/23/1987 | | SW/4 of Section 1, Block 75, PSL Survey, Winkler County, Texas | 369 | 24 |
| Tubb 1 Unit 1 | 300TX031 | Evelyn Linebery, Individually and as Trustee and husband Tom Linebery | Bill Roden | 2/10/1966 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 214 | 527 |
| Tubb 1 Unit 1 | 300TX048A | J. Winston Smith | Atlantic Richfield Company | 3/16/1987 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 370 | 302 |
| Tubb 1 Unit 1 | 300TX048B | William S. Scarborough | Atlantic Richfield Company | 3/16/1987 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 370 | 750 |
| Tubb 1 Unit 1 | 300TX048C | William S. Scarborough & William Frances Scarborough, Co-Trustees of the Estate of W. F. Scarborough, Deceased | Atlantic Richfield Company | 3/16/1987 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 370 | 758 |
| Tubb 1 Unit 1 | 300TX048D | Deborah Scarborough Cleveland & Audrey Scarborough, Co-Trustees | Atlantic Richfield Company | 3/16/1987 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 370 | 766 |
| Tubb 1 Unit 1 | 300TX048E | The Scarborough Foundation & Evelyn Linebery | Atlantic Richfield Company | 3/16/1987 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 371 | 531 |
| Tubb 1 Unit 1 | 300TX048F | Winston R. Smith, Trustee for J Winston Smith Trust | Atlantic Richfield Company | 3/16/1987 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 371 | 523 |
| Tubb 1 Unit 1 | 300TX048G | Marie M. Rooney, Trustee for the Scarborough-Rooney Trust | Atlantic Richfield Company | 3/16/1987 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 371 | 515 |
| Tubb 1 Unit 1 | 300TX048H | Texas Commerce Bank, El Paso, N.A., Trustee for the Esther S. Collier Trust, et al | Atlantic Richfield Company | 3/16/1987 | | Part of Section 2, Block WF, Scrap File 13022, Winkler County, Texas | 371 | 539 |

| | |
|---|---|
| WI - BPO | 43.902300% |
| WI - APO | 42.971897% |
| NRI - BPO | 36.421975% |
| NRI - APO | 35.713929% |

## HERITAGE CO?    .IDATED LLC
## EXHIBIT FOR SCHEDULE A

| Well | Lease Number | Lessor | Lessee | Lease Date | Expiration Date | Description | Book | Page |
|------|--------------|--------|--------|-----------|-----------------|-------------|------|------|
| Tubb 75-1 | 1907X004B | Carrye C Payton | Sinclair Oil & Gas Company | 9/8/1965 | | Section 1, Block C-24, PSL Survey, Winkler County, Texas | 212 | 83 |
| Tubb 75-1 | 225TX001 | Bank of America, N.A. Trustee of the Cathy J. Yarbrough Tr., Deborah J Shanno Tr., James D. Jackson Tr., & Judy R. McCollum Tr | Heritage Resources, Inc | 9/17/1999 | | Section 1, Block 75, PSL Survey, Winkler County, Texas | 465W/10 L | 682W/67 1L |
| Tubb 75-1 | 225TX002 | William C. Elland | Heritage Resources, Inc | 12/8/1999 | | Section 1, Block 75, PSL Survey, Winkler County, Texas | 467 | 493 |
| Tubb 75-1 | 225TX003 | N R Rousselot & Sons, a General Partnership | Heritage Resources, Inc | 12/8/1999 | | Section 1, Block 75, PSL Survey, Winkler County, Texas | 488 | 696 |
| Tubb 75-1 | 225TX004 | Edward D Rhodes | Heritage Resources, Inc | 12/9/1999 | | Section 1, Block 75, PSL Survey, Winkler County, Texas | 467 | 496 |

| | |
|---|---|
| WI - BPO | 52 137040% |
| WI - APO | 52 137040% |
| NRI - BPO | 40 769046% |
| NRI - APO | 40 769046% |

FORM B6B
(12/07)

In re:  Heritage Consolidated LLC          Case No. 10-36484-HDH-11
                Debtor                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY,WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on Hand. | X | Not Applicable | | |
| 2 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Rider B.2 | | $78.06 |
| 3. Security deposits with public utilites, telephone companies, landlords, and others. | X | Not Applicable | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | Not Applicable | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | Not Applicable | | |
| 6. Wearing apparel. | X | Not Applicable | | |
| 7. Furs and jewelry | X | Not Applicable | | |
| 8 Firearms and sports, photographic, and other hobby equipment. | X | Not Applicable | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | X | Not Applicable | | |
| 10 Annuities  Itemize and name each issuer. | X | Not Applicable | | |

Sheet no. 1 of 3

FORM B6B
(12/07)

        Debtor                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars (File separately the record(s) of any such interest(s). 11 U S C § 521(c).) | X | Not Applicable | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Give particulars | X | Not Applicable | | |
| 13. Stock and interests in incorporated and unincorporated businesses Itemize. | X | Not Applicable | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | Not Applicable | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments | X | Not Applicable | | |
| 16 Accounts receivable | | See Attached Rider B.16 | | $535,179.24 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled Give particulars. | X | Not Applicable | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | Not Applicable | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | Not Applicable | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | Not Applicable | | |
| 21 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | Not Applicable | | |

In re: Heritage Consolidated LLC

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22 Patents, copyrights, and other intellectual property Give particulars. | X | Not Applicable | | |
| 23. Licenses, franchises, and other general intangibles Give particulars. | X | Not Applicable | | |
| 24 Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | Not Applicable | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | Not Applicable | | |
| 26 Boats, motors, and accessories. | X | Not Applicable | | |
| 27. Aircraft and accessories. | X | Not Applicable | | |
| 28. Office equipment, furnishings, and supplies. | X | Not Applicable | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | Not Applicable | | |
| 30. Inventory | X | Not Applicable | | |
| 31 Animals. | X | Not Applicable | | |
| 32. Crops - growing or harvested. Give particulars. | X | Not Applicable | | |
| 33 Farming equipment and implements. | X | Not Applicable | | |
| 34. Farm supplies, chemicals, and feed | X | Not Applicable | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | Not Applicable | | |

<u>2</u>  continuation sheets attached          Total =>

**$535,257.30**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules )

# Schedule B - Personal Property
## Rider B.2 - Bank Accounts

| Account # | Description | Bank | Balance |
|-----------|-------------|------|---------|
| 3928217 | Heritage Consolidated | Amegy Bank of Tex | $78.06 |
| | | **Total** | **$78.06** |

# Schedule B - Personal Property
## Rider B.16 - Accounts Receivable

| Owing Party | Accounts Category | Account Number | Balance |
|---|---|---|---|
| Oil & Gas Production A/R | Related Party | | $248,241.43 |
| A/R - Related Parties | Related Party | | $286,937.81 |
| | | **Total** | **$535,179.24** |

FORM B6D
(12/07)

In re: **Heritage Consolidated LLC**         Case No. **10-36484-HDH-11**
_____         _____
Debtor        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practible. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labled "Contingent." If the claim is unliquidated, place an "X" in the column labled "Unliquidated." If the claim is disputed, place an "X" in the column labled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Date Not Available | | | | | |
| CIT TECHNOLOGY FINANCING 700 Louisiana Street Suite 5200 Houston, TX 77002 | | N/A | | | | | $17,635,100.00 | Undetermined |
| | | | VALUE $    Undetermined | | | | | |

Sheet no. 1 of 2         Subtotal =>    $17,635,100.00
(Total of this page)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CIT TECHNOLOGY FINANCING<br>700 Louisiana Street<br>Suite 5200<br>Houston, TX 77002 | | N/A | Date Not Available<br><br>VALUE $    Undetermined | | | | $291,411.58 | Undetermined |
| ACCOUNT NO.<br>CIT TECHNOLOGY FINANCING<br>700 Louisiana Street<br>Suite 5200<br>Houston, TX 77002 | | N/A | Date Not Available<br><br>VALUE $    Undetermined | | | | $1,032,343.92 | Undetermined |
| Total => <br>(Use only on last page) | | | | | | | $18,958,855.50 | |

(Report also on Summary of Schedules.)

Subtotal =>    $1,323,755.50

(Total of this page)

**In re: Heritage Consolidated LLC**            **Case No. 10-36484-HDH-11**
        Debtor                                                     (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on each sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on each sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐     **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐     **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re: **Heritage Consolidated LLC**                     **Case No. 10-36484-HDH-11**
_____                     _____
          Debtor                                              (if known)

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1_____ continuation sheets attached

FORM B6E
(12/07)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

In re: Heritage Consolidated LLC

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Total =>
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Total =>
(Use only on last page of the completed Schedule E. If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

| | | |
|---|---|---|
| Sheet no 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal => (Total of this page) | $0.00 |

| $0.00 | $0.00 |
|---|---|

FORM B6F
(12/07)

In re: **Heritage Consolidated LLC** _____      **Case No. 10-36484-HDH-11**
_____

Debtor                                                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   2227 | | | Date Not Available | | | | |
| 4-STAR TANK RENTAL P.O. BOX 471 657 E.ST.HWY.115 KERMIT, TX 79745 | | N/A | Purchase of Goods or Services | X | X | X | Unknown |

Sheet no. _1_ of 6 ___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal =>
(Total of this page)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2375<br>ABC RENTAL TOOL CO.<br>P.O. BOX 1500<br>HOBBS, NM 88241 | | N/A | Date Not Available<br><br>Purchase of Goods or Services | X | X | X | $889,182.35 |
| ACCOUNT NO. 3202<br>AQUILA DRILLING COMPANY, LP<br>2525 KELL BLVD., SUITE 405<br>WICHITA FALLS, TX 76308 | | N/A | Date Not Available<br><br>Purchase of Goods or Services | X | X | X | $4,926,430.18 |
| ACCOUNT NO. 3145<br>ARIES WELL SERVICE, INC.<br>2626 W. MARLAND<br>PO BOX 4304<br>ODESSA, TX 79760-4304 | | N/A | Date Not Available<br><br>Purchase of Goods or Services | X | X | X | $246,743.29 |
| ACCOUNT NO. 1463<br>BAKER OIL TOOLS<br>BAKER HUGHES BUSINESS SUPPORT SERVICES<br>P. O. BOX 200415<br>HOUSTON, TX 77216-0415 | | N/A | Date Not Available<br><br>Purchase of Goods or Services | X | X | X | Unknown |
| ACCOUNT NO. 3107<br>BIG BEAR SERVICES<br>1003 RUNYAN SUITE D<br>ARTESIA, NM 88210 | | N/A | Date Not Available<br><br>Purchase of Goods or Services | X | X | X | $22,239.55 |

Subtotal =>
(Total of this page)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1002<br>Chase Avenue<br>2911 Turtle Creek Blvd<br>Suite 850<br>Dallas, TX 75219 | | N/A | Date Not Available | X | X | X | $30,500.00 |
| ACCOUNT NO 1929<br>EUNICE WELL SERVICING CO.<br>3303 INDUSTRIAL DRIVE<br>P. O. BOX 1500<br>HOBBS, NM 88240 | | N/A | Date Not Available<br>Purchase of Goods or Services | X | X | X | $1,607,800.53 |
| ACCOUNT NO 3227<br>GYRODATA, INC.<br>P.O. BOX 4247<br>DEPT. 622<br>HOUSTON, TX 77210-4247 | | N/A | Date Not Available<br>Purchase of Goods or Services | X | X | X | Unknown |
| ACCOUNT NO 350<br>Heritage Disposal<br>2911 Turtle Creek Blvd<br>Suite 850<br>Dallas, TX 75219 | | N/A | Date Not Available | X | X | X | $188,000.00 |
| ACCOUNT NO. 1003<br>Heritage Gathering<br>2911 Turtle Creek Blvd<br>Suite 850<br>Dallas, TX 75219 | | N/A | Date Not Available | X | X | X | $4,000.00 |

Subtotal =>
(Total of this page)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1001 <br> Heritage Resource <br> 2911 Turtle Creek Blvd <br> Suite 850 <br> Dallas, TX 75219 | | N/A | Date Not Available | X | X | X | $3,500.00 |
| ACCOUNT NO <br> Heritage Standard Corporation <br> 2911 Turtle Creek Blvd <br> Suite 850 <br> Dallas, TX 75219 | | N/A | Date Not Available | X | X | X | $18,169,893.63 |
| ACCOUNT NO. 3228 <br> MCGUIRE INDUSTRIES, INC. <br> 2416 W. 42ND ST. <br> ODESSA, TX 79764-6309 | | N/A | Date Not Available <br> Purchase of Goods or Services | X | X | X | Unknown |
| ACCOUNT NO 1006 <br> Michael B. Wisenbaker <br> 2911 Turtle Creek Blvd <br> Suite 850 <br> Dallas, TX 75219 | | N/A | Date Not Available <br> Purchase of Goods or Services | X | X | X | $500,000.00 |
| ACCOUNT NO 2983 <br> O-TEX PUMPING, LLC <br> 7303 N. HIGHWAY 81 <br> DUNCAN, OK 73533 | | N/A | Date Not Available <br> Purchase of Goods or Services | X | X | X | $218,228.33 |

Subtotal =>

(Total of this page)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Plug and Abandon Obligation<br><br>, | | N/A | Date Not Available | | | X | $133,829.02 |
| ACCOUNT NO.<br>Revenue Clearing<br><br>, | | N/A | Date Not Available | | | X | $24,371.00 |
| ACCOUNT NO. 3272<br>SIMONS PETROLEUM<br>210 PARK AVENUE, SUITE 1800<br>OKLAHOMA CITY, OK 73102 | | N/A | Date Not Available<br>Purchase of Goods or Services | X | X | X | $274,698.95 |
| ACCOUNT NO. 2551<br>SWACO<br>P.O. BOX 200132<br>DALLAS, TX 75320-0132 | | N/A | Date Not Available<br>Purchase of Goods or Services | X | X | X | Unknown |
| ACCOUNT NO. 3151<br>W&W ENERGY SERVICE, INC.<br>P.O. BOX 286<br>GOLDSMITH, TX 79741 | | N/A | Date Not Available<br>Purchase of Goods or Services | X | X | X | $4,006.80 |

Subtotal =>
(Total of this page)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Total =>     $27,243,423.63

(Use only on last page of the completed Schedule F)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

FORM B6G
(12/07)

In re: **Heritage Consolidated LLC**            **Case No. 10-36484-HDH-11**
          Debtor                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C § 112 and Fed. R. Bankr. P. 1007(m).

☐      Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| EL PASO NATIONAL BANK, TRUSTEE FOR ESTHER S. COLLIER<br>MR. BRYAN G. COLLIER<br>7380 FRANLKIN DR.<br>EL PASO, TX 79915 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property: No<br>Government contract number: N/A |
| EL PASO NATIONAL BANK, TRUSTEE FOR ANN K. HARRIS<br>J.P. MORGAN CHASE BANK, N.A.<br>FARM AND RANCH MANAGEMENT<br>P.O. BOX 2050<br>FORT WORTH, TX 76113 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property: No<br>Government contract number: N/A |
| EL PASO NATIONAL BANK, TRUSTEE FOR ESTHER S. COLLIER<br>MR. BRYAN G. COLLIER<br>7380 FRANLKIN DR.<br>EL PASO, TX 79915 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property: No<br>Government contract number: N/A |
| EVELYN LINEBERY<br>D.K. BOYD OIL AND GAS CO., INC.<br>P.O. BOX 11351<br>MIDLAND, TX 79702 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property: No<br>Government contract number: N/A |

FORM B6G
(12/07)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C § 112 and Fed. R. Bankr. P. 1007(m).

☐     Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| JOHN COLLIER<br>J.P. MORGAN CHASE BANK, N.A.<br>TRUSTEE OF THE CHARLENE HILL SEPARATE PROPERTY TRUST<br>FARM AND MANAGEMENT TX1-1315<br>FORT WORTH, TX 76113 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property:  No<br><br>Government contract number:  N/A |
| VERA SCHARBOROUGH<br>LESLIE N. BLAND<br>P.O. BOX 5619<br>FRESNO, CA 93755 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property:  No<br><br>Government contract number:  N/A |
| W.F. SCHARBOROUGH<br>WINSTON R. SMITH, MARY S. CALLAHAN & PAMELA LINKE INCOME ACCOUNT<br>WINSTON R. SMITH, CUSTODIAN<br>100 CITATION CIRCLE<br>DURHAM, NC 27704 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property:  No<br><br>Government contract number:  N/A |
| W.F. SCHARBOROUGH<br>WINSTON R. SMITH, MARY S. CALLAHAN & PAMELA LINKE INCOME ACCOUNT<br>WINSTON R. SMITH, CUSTODIAN<br>100 CITATION CIRCLE<br>DURHAM, NC 27704 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property:  No<br><br>Government contract number:  N/A |

FORM B6G
(12/07)

In re: **Heritage Consolidated LLC**                          Case No. **10-36484-HDH-11**
_____                          _____
                Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases
or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian." Do not disclose the child's name. See, 11 U.S.C § 112 and Fed. R. Bankr. P. 1007(m).

☐         Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| WILLIAM SCHARBOROUGH<br>JOAN SCARBOROUGH WOODS<br>13521 SMOKE CREEK AVE.<br>BAKERSFIELD, CA 93314 | THAT PORTION OF SURVEY 2, BLK WF, SF 13022, W.F. SCARBOROUGH, GRANTEE WINKLER COUNTY, TEXAS.<br><br>Nonresidential Real Property:  No<br><br>Government contract number:  N/A |

FORM B6H
(12/07)

In re: **Heritage Consolidated LLC**                          Case No. **10-36484-HDH-11**
    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
             Debtor                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C § 112 and Fed. R. Bankr. P. 1007(m).

☑        Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |
|                              |                              |
|                              |                              |

Sheet no. 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re: Heritage Consolidated LLC

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Schedules of Assets and Liabilities and any attachments thereto and that, subject to the Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements filed concurrently herewith, they are true and correct to the best of my knowledge, information and belief.

Date **9/24/2010**

Signature

**Scott Pinsonnault, CRO**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0    continuation sheets attached

*Penalty for making a false statement· Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. § 152 and 3571*