BTXN 208 (rev. 07/09)

| IN RE: Heritage Consolidated, LLC | MOTION TO PAY AND/OR OFFSET CERTAIN OBLIGATIONS (10); MOTION TO ESTABLISH PROCEDURES TO APPROVE PLAN SUPPORT AGREEMENT (14); MOTION FOR ORDER AUTHORIZING INTERIM AND FINAL USE OF CASH COLLATERAL (16); MOTION TO BORROW/INCUR DEBT (17); APPLICATION TO EMPLOY FINANCIAL ADVISOR (20) | Case # 10−36484−hdh11 |

**DEBTOR**

**TYPE OF HEARING**

HERITAGE CONSOLIDATED, LLC

*VS*

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

JOE MARSHALL

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

DEBTOR'S:

A – INTERIM BUDGET (THROUGH 10/12)

| J. Bergreen | 10/4/2010 | Harlin DeWayne Hale |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |