| | |
|---|---|
| Joe E. Marshall<br>Texas Bar No. 13031100<br>Kathleen M. Patrick<br>Texas Bar No. 24037243<br>Lee J. Pannier<br>Texas Bar No. 24066705<br>**MUNSCH HARDT KOPF & HARR, P.C.**<br>3800 Lincoln Plaza<br>500 North Akard Street<br>Dallas, Texas 75201-6659<br>Telephone: (214) 855-7500<br>Facsimile: (214) 978-4365<br>jmarshall@munsch.com<br>kpatrick@munsch.com<br>lpannier@munsch.com<br><br>**(PROPOSED) COUNSEL FOR HERITAGE CONSOLIDATED, LLC, DEBTOR AND DEBTOR IN POSSESSION** | Kevin D. McCullough<br>Texas Bar No. 00788005<br>Kerry Ann Miller<br>Texas Bar No. 24050875<br>**ROCHELLE McCULLOUGH LLP**<br>325 N. St. Paul, Suite 4500<br>Dallas, Texas 75201<br>Telephone: (214) 953-0182<br>Facsimile: (214) 953-0185<br>kdm@romclawyers.com<br>kmiller@romclawyers.com<br><br><br><br><br>**(PROPOSED) COUNSEL FOR HERITAGE STANDARD CORPORATION, DEBTOR AND DEBTOR IN POSSESSION** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HERITAGE CONSOLIDATED, LLC, *et al.,* | § | Case No. 10-36484-hdh |
| | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | Jointly Administered |
| | § | |

## NOTICE OF CONTINUED HEARINGS

**PLEASE TAKE NOTICE** that hearings on the following matters have been continued:

1. Emergency Motion for Authority to Pay Certain Obligations to Working Interest Owners and Royalty Interest Owners and Continue Such Payments In the Ordinary Course of Business [Docket No. 10];

2. Expedited Motion for Order (A) Approving Plan Support Agreement, Sale Procedures and Bid Protections in Connection with Sale of Assets; (B) Approving Form and Manner of Notice of Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [Docket No. 14];

3. Debtors' Emergency Motion (A) Authorizing Interim and Final Use of Cash Collateral; and (B) Granting Adequate Protection [Docket No. 16];

4. Debtors' Emergency Motion for Interim and Final Orders Approving: (I) Secured Postpetition Financing; (II) Related Priming Liens and Super-Priority Administrative Claims; (III) Related Secured Financing Agreement; and (IV) Scheduling a Final Hearing [Docket No. 17]; and

5. Debtors' Application for Authority to: (A) Employ Bridge Associates, LLC as Financial Advisors and to Provide Interim Management Assistance; and (B) Designate Scott Pinsonnault as Interim Chief Restructuring Officer [Docket No. 20].

The continued hearings will take place on **October 12, 2010, at 2:30 p.m., prevailing Central Time,** before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, at the Earle Cabell Building, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Dated: October 5, 2010.                    Respectfully Submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By:   /s/ Kathleen M. Patrick
　　　Joe E. Marshall
　　　Texas Bar No. 13031100
　　　Kathleen M. Patrick
　　　Texas Bar No. 24037243
　　　Lee J. Pannier
　　　Texas Bar No. 24066705
　　　3800 Lincoln Plaza
　　　500 North Akard Street
　　　Dallas, Texas 75201-6659
　　　Telephone:  (214) 855-7500
　　　Facsimile:   (214) 978-4365

(PROPOSED) COUNSEL FOR HERITAGE
CONSOLIDATED, LLC,
DEBTOR AND DEBTOR IN POSSESSION


-and-


**ROCHELLE McCULLOUGH LLP**

By:   /s/ Kevin McCullough
　　　Kevin McCullough
　　　Texas Bar No. 00788005
　　　Kerry A. Miller
　　　Texas Bar No. 24050875
　　　325 N. St. Paul, Suite 4500
　　　Dallas, Texas 75201
　　　Telephone:  (214) 953-0182
　　　Facsimile:   (214) 953-0185

(PROPOSED) COUNSEL FOR HERITAGE
STANDARD CORPORATION,
DEBTOR AND DEBTOR IN POSSESSION