BTXN 208 (rev. 07/09)

IN RE: Heritage Consolidated, LLC

MOTION TO ESTABLISH PROCEDURES TO APPROVE PLAN SUPPORT AGREEMENT (14); MOTION FOR ORDER AUTHORIZING INTERIM AND FINAL USE OF CASH COLLATERAL (16); EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING SECURED POST–PETITION FINANCING (17); APPLICATION TO EMPLOY MACQUARIE CAPITAL (USA) INC. (148)

Case # 10–36484–hdh11

**DEBTOR**

**TYPE OF HEARING**

HERITAGE CONSOLIDATED, LLC

VS

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

JOE MARSHALL

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

DEBTOR'S:

2 – OPERATING BUDGET

2A – PLAN SUPPORT AGREEMENT

J. Bergreen

**REPORTED BY**

10/21/2010

**HEARING DATE**

Harlin DeWayne Hale

**JUDGE PRESIDING**