

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

**Signed November 22, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HERITAGE CONSOLIDATED, LLC, *et al.,* | § § | Case No. 10-36484-HDH-11 |
| | § § | Jointly Administered |
| Debtors. | § | |

**ORDER GRANTING EMERGENCY MOTION TO CONTINUE FINAL HEARINGS ON DEBTORS' EMERGENCY MOTION FOR ORDER (A) AUTHORIZING INTERIM AND FINAL USE OF CASH COLLATERAL; AND (B) GRANTING ADEQUATE PROTECTION A DISCLOSURE STATEMENT [DOCKET NO. 16]; AND DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING: SECURED POSTPETITION FINANCING; (II) RELATED PRIMING LIENS AND SUPER-PRIORITY ADMINISTRATIVE CLAIMS; (III) RELATED SECURED FINANCING AGREEMENT AND (IV) SCHEDULING A FINAL HEARING [DOCKET NO. 17]**

On the above date, the Court considered the this *Emergency Motion to Continue Final Hearings on Debtors' Emergency Motion for Order (A) Authorizing Interim and Final Use of Cash Collateral; and (B) Granting Adequate Protection [Docket No. 16]; and Debtors' Emergency Motion for Interim and Final Orders Approving: (I) Secured Postpetition Financing; (II) Related Priming Liens and Super-Priority Administrative Claims; (III) Related Secured*

*Financing Agreement and (IV) Scheduling a Final Hearing [Docket No. 17]* ("Motion") filed on November 18, 2010 [Docket No. ____] by Heritage Consolidated, LLC, and Heritage Standard Corporation ("HSC" and together with Consolidated, the "Debtors"), the debtors and debtors-in-possession in the above-captioned bankruptcy cases (the "Bankruptcy Cases"). Having considered the Motion and the arguments of counsel, and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, the Court believes that the Motion should be granted. It is therefore

ORDERED that the hearing on the *Emergency Motion to Continue Final Hearings on Debtors' Emergency Motion for Order (A) Authorizing Interim and Final Use of Cash Collateral; and (B) Granting Adequate Protection* [Docket No. 16] (the "Cash Collateral Motion") **is continued to December 7, 2010, at 9:00 a. m., prevailing Central time**; it is further

ORDERED that the hearing on the *Emergency Motion for Interim and Final Orders Approving: (I) Secured Postpetition Financing; (II) Related Priming Liens and Super-Priority Administrative Claims; (III) Related Secured Financing Agreement and (IV) Scheduling a Final Hearing* [Docket No. 17] (the "DIP Motion") **is continued to December 7, 2010, at 9:00 a. m., prevailing Central time;** it is further

ORDERED that the Debtors shall provide notice of the hearing on the DIP and Cash Collateral Motions as soon as practicable after entry of this Order.

### # # # END OF ORDER # # #

Submitted By:

Joe E. Marshall
Texas Bar No. 13031100
Kathleen M. Patrick
Texas Bar No. 24037243
Lee J. Pannier
Texas Bar No. 24066705
**MUNSCH HARDT KOPF & HARR, P.C.**
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone:	(214) 855-7500
Facsimile:	(214) 978-4365
jmarshall@munsch.com
kpatrick@munsch.com
lpannier@munsch.com

**COUNSEL FOR HERITAGE CONSOLIDATED, LLC,
DEBTOR AND DEBTOR IN POSSESSION**

-and-

Kevin D. McCullough
Texas Bar No. 00788005
Kerry Ann Miller
Texas Bar No. 24050875
ROCHELLE McCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
Telephone:	(214) 953-0182
Facsimile:	(214) 953-0185
kdm@romclawyers.com
kmiller@romclawyers.com

**COUNSEL FOR HERITAGE STANDARD CORPORATION,
DEBTOR AND DEBTOR IN POSSESSION**