BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Heritage Consolidated, LLC | MOTION TO PAY AND/OR OFFSET CERTAIN OBLIGATIONS (10); MOTION FOR ORDER AUTHORIZING ITNERIM AND FINAL USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION (16); MOTION TO BORROW/INCUR DEBT (17); EMERGENCY MOTION TO CONTINUE HEARING (264); MOTION TO REQUIRE DEBTORS TO PAY PRE-PETITION AMOUNTS DUE AND OWING (275) | Case # 10-36484-hdh11 |

**DEBTOR**

**TYPE OF HEARING**

HERITAGE CONSOLIDATED, LLC

*VS*

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

KEVIN MC CULLOUGH

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

DEBTOR'S:

1 – CASH MANAGEMENT SUMMARY

| | | |
|---|---|---|
| J. Bergreen | 12/7/2010 | Harlin DeWayne Hale |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |