# Exhibit B

VICTOR G. CARRILLO, CHAIRMAN
ELIZABETH A. JONES, COMMISSIONER
MICHAEL L. WILLIAMS, COMMISSIONER



RAMON FERNANDEZ, JR., P.E.
DEPUTY DIRECTOR, OIL & GAS DIVISION
WILLIAM B. MIERTSCHIN
ASSISTANT DIRECTOR, SITE REMEDIATION

# RAILROAD COMMISSION OF TEXAS
## OIL AND GAS DIVISION

November 30, 2010

Mr. Mitchell Ritter, P.G.
Ritter Environmental & Geotechnical Services, Inc.
2900 N. Big Spring Street
Midland, Texas 79705

Re:   Heritage Standard Corporation, Crittendon Field, Winkler County, Texas, Operator Cleanup Program No. (OCP #) 08-4175

Dear Mr. Ritter:

Staff of the Railroad Commission of Texas Site Remediation Section (RRC) has reviewed the revised final work plan submitted by Ritter Environmental & Geotechnical Services, Inc. (Ritter), on behalf of Heritage Standard Corporation (Heritage), dated November 22, 2010.

The work plan as submitted is approved and contains the following proposed activities and contingencies:

- Continued assessment of three potential sources that have been identified including the soil in the northwest corner of the Crittendon Gas Plant (Area A), which will be assessed and removed if it is found to be above background or above the parameters necessary to sustain area plant growth. If groundwater is found to be contaminated by produced water or hydrocarbons in Area A, a contingency plan has been developed to install a monitor well for confirmation and delineation or remediation. A contingency plan for further delineation if necessary is included in the work plan.

- The contaminated groundwater in Areas B and D will continue to be recovered by monitor/recovery wells, Tubb 1-A and HRW-1 respectively. Tubb 1-A is a former produced water disposal well that has been plugged back and completed as a monitor/recovery well. Recovery will continue until the percentage of fresh water that is pumped along with the contaminated water becomes too great to justify continued pumping of the entire column of water within the well bore. An evaluation of pumping schedule and/or modifications to the Tubb 1-A to recover the water at lower depths will be made in consultation with the RRC.

- A contingency plan has been formulated for Area C, which includes the City of Midland's monitor well TH-6. If a source to the north of TH-6 cannot be determined, Heritage plans to install a 4" monitor well for delineation. Heritage will consult with the RRC concerning recovery from the newly installed monitor well or TH-6. Recovery from the latter depends on

Heritage Ritter Final Workplan Response Letter
Page 2
11/30/10

> information from the City of Midland concerning the completion of the well (if capable of pumping) and permission from the municipality for use of the well.

- The monitoring plan as proposed will include the following:
  A. Routine Monthly Sampling
      Tubb-1A, HRW-1, HRW-2, TH-6, MH-1, MH-5, MH-4 and the Crittendon Plant Supply Well.
  B. Semi-Annual Area Sampling
      MH-2, MH-3, MH-6, MH-7, MH-8, MH-9, MH-10, MH-11, MH-12SR, MH-13AL, MH-14 & MH-15R.

  The analyses of the samples from all wells will be analyzed for the analytes that are listed in the submitted work plan. If it is determined that the analyses of any of the wells determine that produced water contamination has spread beyond present delineation, a contingency plan is included for further delineation by as many as three (3) new monitor wells one of which may be installed as a recovery well.

- The recovery well, HRW-2, which is acting as a sentinel well at the present time, will be pumped for a period of 30 days to determine if the produced-water plume is in the vicinity and within the capture zone of the well. If HRW-2 begins recovering contaminated groundwater, its use for recovery will be evaluated and a monitor well will be installed as the new sentinel well as described in the contingency plan associated with HRW-2.

Monitoring and remedial activities will be evaluated after a period of five (5) years. If necessary, the activities will continue for a second five (5) years.

The following supplemental information will be submitted at the earliest possible time(s):

- A written opinion on the effect of well purging at this site
- A written opinion of natural recharge on leaching of soil chlorides
- Capture zone evaluation
- Cross-sections of the specific area

Please notify the Midland District Office at least 48 hours prior to mobilization at the site and include OCP # 08-4175 on all submittals and correspondence.

If you have any questions, you may contact me at (512) 463 6812 or by e-mail at bill.renfro@rrc.state.tx.us.

Sincerely,


William C. Renfro, P.G.
Senior Technical Coordinator,
Site Remediation

Cc: Santos Gonzales, Jr., Assistant Director, RRC District 8/8A Office, Midland
Celeste G. Dale, Engineering Specialist, Dist. 8/8A Office, Midland
Lowell Williams, Director of Enforcement
William B. Miertschin, Assistant Director, Site Remediation

OCP Reading File

Attn: Gary L. Todd
Heritage Standard Corporation (379777)
2911 Turtle Creek Blvd., Ste. 850
Dallas, TX 75219

City of Midland
Don R. Fletcher, Asst. City Atty.
300 N. Loraine, Suite 320
P. O. Box 1152
Midland, TX 79702