| | |
|---|---|
| Joe E. Marshall | Kevin D. McCullough |
| Texas Bar No. 13031100 | Texas Bar No. 00788005 |
| Kathleen M. Patrick | Kerry Ann Miller |
| Texas Bar No. 24037243 | Texas Bar No. 24050875 |
| **MUNSCH HARDT KOPF & HARR, P.C.** | **ROCHELLE McCULLOUGH LLP** |
| 3800 Lincoln Plaza | 325 N. St. Paul, Suite 4500 |
| 500 North Award Street | Dallas, Texas 75201 |
| Dallas, Texas 75201-6659 | Telephone: (214) 953-0182 |
| Telephone: (214) 855-7500 | Facsimile: (214) 953-0185 |
| Facsimile: (214) 978-4365 | kdm@romclawyers.com |
| jmarshall@munsch.com | kmiller@romclawyers.com |
| kpatrick@munsch.com | |

**COUNSEL FOR HERITAGE CONSOLIDATED, LLC,
DEBTOR AND DEBTOR IN POSSESSION**

**COUNSEL FOR HERITAGE STANDARD CORPORATION,
DEBTOR AND DEBTOR IN POSSESSION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HERITAGE CONSOLIDATED, LLC, *et al.*, | § | Case No. 10-36484-hdh |
| | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | Jointly Administered |

## AMENDED NOTICE OF EMERGENCY HEARING ON
## DEBTORS' AGREED EMERGENCY MOTION TO (A) EXTEND BID DEADLINE; (B) ADJOURN AUCTION DATE; AND (C) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that an emergency hearing will be held on the following:

a) *Debtors' Agreed Emergency Motion to (A) Extend Bid Deadline; (B) Adjourn Auction Date; and (C) Granting Related Relief* [Docket No. 399].

The hearing will take place on **January 14, 2011 at 11:00 a.m.**, prevailing Central Time, before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, at the Earle Cabell Building, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Dated: January 13, 2011.

Respectfully submitted,

**ROCHELLE McCULLOUGH LLP**

By: */s/Kerry Ann Miller*
    Kevin D. McCullough
    Texas Bar No. 00788005
    Kerry Ann Miller
    Texas Bar No. 24050875
    325 N. St. Paul, Suite 4500
    Dallas, Texas 75201
    Telephone: (214) 953-0182
    Facsimile: (214) 953-0185
    kdm@romclawyers.com
    kmiller@romclawyers.com

COUNSEL FOR HERITAGE STANDARD
CORPORATION,
DEBTOR AND DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 13, 2011, true and correct copy of the foregoing document was electronically filed and served via ECF, email or United States Mail, First Class Postage on the attached Official Shortened Service List dated December 20, 2010.

*/s/ Kerry Ann Miller*
Kerry Ann Miller