**EXHIBIT E** TO EXPEDITED MOTION TO (A) SELL SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (B) ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (C) GRANT RELATED RELIEF; OR, IN THE ALTERNATIVE, MOTION TO (A) APPROVE THE BACK-UP PURCHASE AND SALE AGREEMENT; AND (B) GRANT RELATED RELIEF

**Heritage Standard Corporation**
**Executory Contract and Cure Payments**

| Contracting Party | Contract Description | Amount |
|---|---|---|
| Allianz Global Corp & Spec | Oil and Gas Equipment Coverage | $ - |
| Aquila Drilling Company, L.P. | Drilling Contract | N/A |
| Blue Cross Blue Shield of Texas | Company health insurance | $ - |
| Cbeyond | Company Office phone service | $ 921.99 |
| Enterprise GC, L.P. | Gas Dedication, Transportation & Treating Agreement | N/A |
| Federal Insurance Company | Pollution Liability Insurance, Business Automobile and General Liability | $ - |
| Francotyp-Postalia | Postage Machine | $ 239.98 |
| Heritage Disposal Corporation | Produced Water Disposal Contract Crittenden Field | $ 44,523.03 |
| Heritage Gathering Corporation | Gas Transportation Agreement - Crittenden Field, Winkler County, TX | $ 82,333.52 |
| HUMANA | Company Dental Policy | $ - |
| IHS Global, Inc. | Geological Data Services | $ 25,118.40 |
| Lexington Insurance Company | Cost of Control & Extra Expense | $ - |
| Pacific Indemnity Company | Excess Umbrella and Liability | $ - |
| Premium Assignment Corp. | Financing Agreement for Insurance Premiums | $ 40,129.74 |
| Regency Gas Services | Gas Purchase Agreement - Cheyenne Field Winkler County, Texas | N/A |
| SUNOCO Partners Marketing & Terminals L.P. | Oil Purchase Agreement - All Heritage Properties | N/A |
| Texas Mutual Insurance Company | Workers Compensation Insurance | $ - |
| The Hartford | Office Contents Insurance | $ - |
| Thompson & Knight | Legal Engagement Letter | N/A |
| TRT Park Place, LLC | Office Lease at 2911 Turtle Creek Blvd., Suite 850 - Dallas, TX 75219 | $ 23,570.70 |
| TXU Energy Retail Company LLC | Contract for field electricity | $ 17,123.96 |
| United Healthcare | Employee Life Insurance | $ - |

**Heritage Consolidated LLC**
**Executory Contracts and Cure Payments**

| Contracting Party | Contract Description | Amount |
|---|---|---:|
| Heritage Standard Corp. | Operating Agreement -Section 6, Blk. 74, PSL Survey-Winkler County, TX | $ 10,915,147.19 |
| Heritage Standard Corp. | Operating Agreement - Section 21, Block C-23, PSL Survey - Winkler County, TX | $ 290,788.69 |
| Heritage Standard Corp. | Operating Agreement - Section 22, Blk. C-23, PSL Survey - Winkler County, TX | $ 2,308,890.87 |
| Heritage Standard Corp. | Operating Agreement - Section 1, Block C-24, PSL Survey - Winkler County, TX | $ 32,315.33 |
| Heritage Standard Corp. | Operating Agreement - Section 9, Block 74, PSL Survey - Winkler County, TX | $ 230,291.08 |
| Heritage Standard Corp. | Operating Agreement - Section 2, Block C-24, PSL Survey - Winkler County, TX | $ 8,095.49 |
| Heritage Standard Corp. | Operating Agreement - Wolfe Unit Agreement, Multiple Sections - Crittenden Field, Winkler County, TX | $ 1,557,795.52 |
| Heritage Standard Corp. | Operating Agreement - Section 23, Block C-23, PSL Survey - Winkler County, TX | $ 9,118.01 |