U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed January 18, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 10-36484-hdh-11 |
| HERITAGE CONSOLIDATED, LLC, *et al.,* § | |
| § | Jointly Administered |
| § | |
| Debtors. § | |

**ORDER GRANTING DEBTORS' MOTION FOR EMERGENCY HEARING ON DEBTORS' AGREED EMERGENCY MOTION TO (A) EXTEND BID DEADLINE; (B) ADJOURN AUCTION DATE; AND (C) GRANTING RELATED RELIEF**

This Court, having considered the *Debtors' Motion For Emergency Hearing on Debtors' Agreed Emergency Motion to (A) Extend Bid Deadline; (B) Adjourn Auction Date; and (C) Granting Related Relief* (the "Motion") [Docket No. 400][1], filed by Heritage Consolidated, LLC and Heritage Standard Corporation (collectively, the "Debtors"), and the representations of counsel, finds that: (i) the Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) service of the Motion was appropriate and sufficient under the circumstances and no further

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings ascribed to them in the Motion.

notice be given; (iv) the relief requested is in the best interests of the Debtors, their estates and their creditors; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists to grant the relief as set for herein. It is therefore:

ORDERED that the Motion is GRANTED; it is further

ORDERED that a hearing shall be held before this Court, on Friday, January 14, 2011, at 9:30 a.m. (CST) at which time the Court shall consider the following:

   a) *Debtors' Agreed Emergency Motion to (A) Extend Bid Deadline; (B) Adjourn Auction Date; and (C) Granting Related Relief* (the "<u>Emergency Motion to Extend</u>") [Docket No. 399].

It is further ORDERED that the Debtors shall provide notice of said hearing as soon as reasonably possible, including by U.S. first class mail and by facsimile and/or e-mail to all parties appearing on the Official Shortened Service List dated December 20, 2010.

### END OF ORDER ###

**Order submitted by:**

| | |
|---|---|
| Joe E. Marshall | Kevin D. McCullough |
| Texas Bar No. 13031100 | Texas Bar No. 00788005 |
| Kathleen M. Patrick | Kerry Ann Miller |
| Texas Bar No. 24037243 | Texas Bar No. 24050875 |
| **MUNSCH HARDT KOPF & HARR, P.C.** | **ROCHELLE McCULLOUGH LLP** |
| 3800 Lincoln Plaza | 325 N. St. Paul, Suite 4500 |
| 500 North Award Street | Dallas, Texas 75201 |
| Dallas, Texas 75201-6659 | Telephone: (214) 953-0182 |
| Telephone: (214) 855-7500 | Facsimile: (214) 953-0185 |
| Facsimile: (214) 978-4365 | kdm@romclawyers.com |
| jmarshall@munsch.com | kmiller@romclawyers.com |
| kpatrick@munsch.com | |
| | |
| **COUNSEL FOR HERITAGE CONSOLIDATED, LLC,** | **COUNSEL FOR HERITAGE STANDARD CORPORATION,** |
| **DEBTOR AND DEBTOR IN POSSESSION** | **DEBTOR AND DEBTOR IN POSSESSION** |