UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HERITAGE CONSOLIDATED, LLC, et al., | § | CASE NO. 10-36484-hdh |
| | § | |
| | § | CHAPTER 11 |
| | § | |
| DEBTORS | § | JOINTLY ADMINISTERED |

**ORDER GRANTING THE
TEXAS RAILROAD COMMISSION'S MOTION FOR
ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM
<u>FOR PLUGGING AND ABANDONMENT LIABILITY</u>**

The Court, having considered the motion filed by the Railroad Commission of Texas ("RRC") and any timely objections thereto, finds that the RRC's Motion for Allowance of an

Administrative Claim For Plugging and Abandonment Liability against Debtor Heritage Standard Corporation ("Standard"), seeking allowance of an administrative claim pursuant to 11 U.S.C. § 503(b)(1)(A) for plugging and abandonment liability and surface clean-up costs, is meritorious and should be granted, and it is therefore

ORDERED that the Railroad Commission of Texas is hereby granted an administrative expense claim in the Heritage Standard Corporation bankruptcy in the amount of $600,000 to address the debtor's obligations as the operator of record on the 17 wellbores originally contemplated to remain in the name of Heritage Standard Corporation, and it is further

ORDERED that this administrative expense claim is to be escrowed within ____ business days of this order, pending further order of this Court, and it is further

ORDERED that the Railroad Commission may seek allowance of additional amounts, should Heritage Standard remain the operator of record of more than 17 wells in Texas.

###END OF ORDER###