Holland Neff O'Neil (14864700)
Michael S. Haynes (24050735)
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile: (214) 999-4667
honeil@gardere.com
mhaynes@gardere.com

And

Terry W. Rhoads (16811750)
Matt Catalano (24003918)
**COTTON BLEDSOE TIGHE & DAWSON, PC**
500 West Illinois, Ste. 300
Midland, Texas 79701
Telephone:  (432) 897-1440
Facsimile:  (432) 682-3672
trhoads@cbtd.com
mcatalano@cbtd.com

COUNSEL FOR CITY OF MIDLAND

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **HERITAGE CONSOLIDATED, LLC et al.,**[1] | § | **CASE NO. 10-36484-hdh-11** |
| | § | |
| | § | **(Jointly Administered)** |
| **DEBTORS.** | § | |

### NOTICE OF FINAL HEARING

**PLEASE TAKE NOTICE** that the final hearing to consider approval of *City of Midland's Motion for Relief from Automatic Stay to Pursue Claims Against Debtors' Insurer* [Docket No. 528] has been scheduled on **May 13, 2011, at 1:30 p.m. (CDT)** before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, at United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

---

[1] Pursuant to the Court's September 22, 2010, *Order Directing Joint Administration of Bankruptcy Cases*, Heritage Consolidated, LLC's case was jointly administered with Heritage Standard Corporation's case no. 10-26485-hdh (collectively, the "**Debtors**").

**PLEASE TAKE FURTHER NOTICE** that copies of the above-noted pleading may be obtained from the Court's website, http://www.txnb.uscourts.gov, via ECF/PACER, and upon request to the undersigned.

Dated: April 19, 2011          **GARDERE WYNNE SEWELL LLP**

_/s/Michael S. Haynes_____
Holland Neff O'Neil (14864700)
Michael S. Haynes (24050735)
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
honeil@gardere.com
mhaynes@gardere.com

**-AND-**

Terry W. Rhoads (16811750)
Matt Catalano (24003918)
State Bar No. 16811750
COTTON BLEDSOE TIGHE & DAWSON, P.C.
500 West Illinois, Suite 300
Midland, Texas 79701
Telephone (432) 685-8570
Facsimile (432) 684-6131
trhoads@cbtd.com
mcatalano@cbtd.com

COUNSEL FOR CITY OF MIDLAND

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011 a true and correct copy of the foregoing document was served electronically on all registered ECF users in this case.

_/s/ Michael S. Haynes_____
Michael S. Haynes