Holland Neff O'Neil (14864700)
Virgil Ochoa (24070358)
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile: (214) 999-4667
honeil@gardere.com
vochoa@gardere.com

And

Terry W. Rhoads (16811750)
Matt Catalano (24003918)
**COTTON BLEDSOE TIGHE & DAWSON, PC**
500 West Illinois, Ste. 300
Midland, Texas 79701
Telephone:  (432) 897-1440
Facsimile:  (432) 682-3672
trhoads@cbtd.com
mcatalano@cbtd.com

**COUNSEL FOR CITY OF MIDLAND**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| HERITAGE CONSOLIDATED, LLC et al.,[1] | § | CASE NO. 10-36484-hdh-11 |
| | § | |
| | § | **(Jointly Administered)** |
| DEBTORS. | § | |

## CITY OF MIDLAND'S NOTICE OF APPEAL OF ORDER ON THE
## CITY OF MIDLAND'S MOTION FOR RELIEF FROM STAY

The City of Midland ("**Midland**"), a creditor and party in interest, by and through its

undersigned counsel, hereby appeals under 28 U.S.C. § 158(a)(1) the final *Order on the City of*

*Midland's Motion for Relief from Stay* entered by the Honorable Harlin D. Hale in the above-

captioned bankruptcy case on June 10, 2011 (Docket No. 601).

---

[1] Pursuant to the *Order Directing Joint Administration of Bankruptcy Cases*, Heritage Consolidated, LLC's case was jointly administered with Heritage Standard Corporation's case no. 10-26485-hdh (collectively, the "**Debtors**").

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of the respective attorneys are as follows:

Petitioner:                                City of Midland

Attorneys for Petitioner
City of Midland:                           Holland N. O'Neil
                                           Gardere Wynne Sewell LLP
                                           1601 Elm Street, Ste. 3000
                                           Dallas, Texas 75201
                                           (214) 999-4961

                                           Terry W. Rhoads
                                           Matt Catalano
                                           Cotton Bledsoe Tighe & Dawson, PC
                                           500 West Illinois, Ste. 300
                                           Midland, Texas 79701
                                           (432) 897-1440

Respondent:                                Heritage Standard Corporation

Attorneys for Respondent
Heritage Standard Corporation:             Scott M. DeWolf
                                           Kerry Ann Miller
                                           Rochelle McCullough LLP
                                           325 N. St. Paul, Suite 4500
                                           Dallas, Texas 75201
                                           (214) 953-0182

Respondent:                                Heritage Consolidated LLC

Attorneys for Respondent
Heritage Consolidated LLC:                 Joe E. Marshall
                                           Kathleen Patrick
                                           Munsch Hardt Kopf & Harr, P.C.
                                           3800 Lincoln Plaza
                                           500 N. Akard Street
                                           Dallas, Texas 75201-6659
                                           (214) 855-7500

Respondent:                              Official Committee of Unsecured Creditors of
                                         Heritage Consolidated LLC *et al*.

Attorneys for Respondent
Official Committee of
Unsecured Creditors of
Heritage Consolidated LLC *et al.*:      Brian Kilmer
                                         J. Meritt Crosby
                                         Sara Mya Keith
                                         Okin Adams & Kilmer LLP
                                         3102 Maple Avenue, Ste. 450
                                         Dallas, Texas 75201
                                         (214) 800-2390

Respondent:                              Federal Insurance Company

Attorneys for Respondent
Federal Insurance Company:               Joseph A. Ziemianski
                                         Bryan P. Vezey
                                         Cozen O'Connor
                                         1221 McKinney Street, Suite 2900
                                         Houston, Texas 77010
                                         (832) 214-3900

                                         C. Wesley Vines
                                         Cozen O'Connor
                                         1717 Main Street, Suite 3400
                                         Dallas, Texas 75201
                                         (214) 462-3005

Respondent:                              The Railroad Commission of Texas

Attorneys for Respondent
The Railroad Commission of Texas:        E. Stuart Phillips
                                         Matthew Crouch
                                         Assistant Attorneys General
                                         Texas Attorney General=s Office
                                         Bankruptcy & Collections Division
                                         P. O. Box 12548, MC-008
                                         Austin, Texas 78711-2548
                                         (512) 463-2173

DATED: June 17, 2011

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

/s/ Holland Neff O'Neil
Holland Neff O'Neil (14864700)
Virgil Ochoa (24070358)
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
(214) 999-4961
(214) 999-4667 FAX
honeil@gardere.com
vochoa@gardere.com

-AND-

Terry W. Rhoads (16811750)
Matt Catalano (24003918)
COTTON BLEDSOE TIGHE & DAWSON, P.C.
500 West Illinois, Suite 300
Midland, Texas 79701
Telephone (432) 685-8570
Facsimile (432) 684-6131
trhoads@cbtd.com
mcatalano@cbtd.com

COUNSEL FOR THE CITY OF MIDLAND

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011 a true and correct copy of the foregoing document

was served electronically on all registered ECF users in this case.

/s/ Holland Neff O'Neil
Holland Neff O'Neil