BARRY T. SMITHERMAN, CHAIRMAN
DAVID PORTER, COMMISSIONER
CHRISTI CRADDICK, COMMISSIONER

GIL BUJANO, P.E.
DIRECTOR, OIL AND GAS DIVISION
PETER G. POPE, P.G.
ASSISTANT DIRECTOR, SITE REMEDIATION

# RAILROAD COMMISSION OF TEXAS
## OIL AND GAS DIVISION

December 21, 2012

Mr. Gary L. Todd
Heritage Standard Corporation
2911 Turtle Creek Blvd., Ste. 850
Dallas, TX 75219

Re: Ritter Plan Modification at the Heritage Standard Corporation Crittendon Field Site, Winkler County, Texas, Operator Cleanup Program (OCP) No. 08-4175.

Dear Mr. Todd;

As you know, the City of Midland is developing a portion of the Pecos Valley Aquifer and plans to begin pumping water from the aquifer for use as a municipal water supply by this summer. Personnel of the Railroad Commission of Texas (RRC) have discussed the resumption of recovery from the Tubb 1A in light of this development. The past contamination of the groundwater by the Tubb 1A disposal well is included in the portion of the aquifer that constitutes the Midland water field. Due to the drought and the City of Midland's decision to develop the aquifer immediately, the RRC has decided that the current remediation plan needs modification. Heritage Standard Corporation (Heritage) is requested to provide a work plan that reflects the following modifications of the Ritter Plan:

- Resumption of recovery from the Tubb 1A and treatment of the water to reduce the chloride content.
- Strategic injection of the treated water into the aquifer to enhance remediation of the contamination plume.
- Disposal of the residue resulting from treatment of the contaminated water.
- Reduction of the project time to five (5) years from the time of recovery resumption.
- Reduction of the continual monitoring frequency.

A work plan that includes the above-mentioned modifications of the Ritter Plan is to be submitted to the RRC by January 11, 2013.

Please note that this request for a modification of the Ritter Plan does not affect Heritage's responsibility for contamination in and around Well TH-6.

If you have any questions, you may contact me by phone at: 512-463-6812 or by e-mail at: bill.renfro@rrc.state.tx.us.

Heritage Letter, OCP #08-4175
December 21, 2012
Page 2


Sincerely yours,

*William C. Renfro*

William C. Renfro, P. G.
Senior Technical Coordinator
Site Remediation

Initials *KJP*

Peter G. Pope, P. G.
Assistant Director
Site Remediation

cc:  Mr. Santos Gonzales, Director, District 8/8A, Midland
Mr. Bo Vizcaino, DOCC, District 8/8A, Midland
Mr. Carl Vessels, DOCC, District 8/8A, Midland
Mr. Reese Copeland, Director of Enforcement, Office of General Counsel
OCP Reading File

Mr. Mitchell R. Ritter
Ritter Environmental & Geotechnical Services, Inc.
2900 N. Big Spring
Midland, Texas  79705

City of Midland
Mr. Don R. Fletcher, Asst. City Atty.
300 N. Loraine, Suite 320
P. O. Box 1152
Midland, TX 79702