Hal Morris
E. Stuart Phillips
Sarah Darnell Wood
Assistant Attorneys General
The Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548, MC-008
Austin, Texas 78711-2548
P: 512/463-2173
F: 512/482-8341

ATTORNEYS FOR THE RAILROAD COMMISSION OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HERITAGE CONSOLIDATED, LLC, et al., | § | CASE NO. 10-36484-hdh |
| | § | |
| | § | CHAPTER 11 |
| | § | |
| DEBTORS | § | JOINTLY ADMINISTERED |

**MOTION FOR EXPEDITED CONSIDERATION OF RAILROAD COMMISSION OF
TEXAS AND CITY OF MIDLAND'S JOINT MOTION TO CONTINUE THE
CONFIRMATION HEARING AND TO COMPEL THE PARTIES TO MEDIATION**

1.      The Railroad Commission of Texas ("RRC") and the City of Midland (the "City")

hereby request that a hearing be set on the Railroad Commission of Texas and City of Midland's

Joint Motion to Continue the Confirmation Hearing and Compel the Parties to Mediation (the

"Motion") by January 24, 2013.  The RRC and City make this request because the confirmation

hearing is set for January 29, and the movants believe that until other litigation material to the

feasibility of the plan is settled or concluded, it is premature to consider confirmation.  As such,

the movants ask that this Court consider its motion to continue no later than January 24, 2013, so

that the parties will not have to prepare for an evidentiary hearing at confirmation, should this

1

Court agree that confirmation should be continued.

2.      Notice of proposed expedited hearing will be provided to all parties entitled to receive notice of hearings via the Court's Electronic Case Filing system. Such notice is sufficient because, in addition to the movants, these are the parties most likely to be affected directly by the relief requested in the Motion.

3.      A hearing was not requested earlier because the movants recently recognized that the disputes concerning confirmation would likely not be resolved in time to permit the parties to proceed with confirmation on January 29, and the movants' motion to continue – although filed two weeks in advance of the hearing – was not filed in time to permit the typical 23-day negative notice.

<div style="margin-left:50%">

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

</div>

*/s/ Hal Morris*
HAL F. MORRIS
Texas State Bar No. 14485410
E. STUART PHILLIPS
Texas Bar No. 15923600
SARAH DARNELL WOOD
Texas Bar No. 24069569
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173/F: (512) 482-8341
E-mail: *hal.morris@texasattorneygeneral.gov*
*stuart.phillips@texasattorneygeneral.gov*
*swood@texasattorneygeneral.gov*

ATTORNEYS FOR THE RAILROAD COMMISSION OF
TEXAS

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, on January 15, 2013, the undersigned RRC counsel contacted Joe Marshall (Debtors' counsel), Bryan Vezey (counsel for Federal Insurance), and Brian Kilmer (Unsecured Creditors Committee counsel) to confer regarding the relief requested in this motion. The undersigned has not yet received a definitive statement of these parties' position(s) regarding the relief requested in this motion and so assumes for purposes hereof that it is opposed.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all persons receiving notice through the Court's Electronic Filing System and by U.S. Mail on all parties listed on the attached ECF notice and reflected as not receiving electronic notice, on January 15, 2013.

*/s/ Sarah Darnell Wood*
Assistant Attorney General

3