U.S. Bankruptcy Court - Northern District of Texas    Page 1 of 3
Case 10-36484-hdh11    Doc 782-1    Filed 01/15/13    Entered 01/15/13 16:10:25    Desc
List of 20 Largest Creditors    Page 1 of 3

**Mailing Information for Case 10-36484-hdh11**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **David George Aelvoet**    sanantonio.bankruptcy@publicans.com
- **Patrick H. Autry**    pautry@branscombpc.com, waspcreek@gmail.com
- **Barbara A. Bauernfeind**    barbarab@cthglawfirm.com, ssokora@cthglawfirm.com
- **Micheal Wayne Bishop**    mbishop@lrmlaw.com
- **Howard A. Borg**    howard.borg@usdoj.gov, ginger.sanchez@usdoj.gov,tami.parker@usdoj.gov
- **James Sanford Brouner**    brounerj@earthlink.net, brounerj@earthlink.net
- **Brian Matthew Catalano**    mcatalano@cbtd.com, lbarela@cbtd.com;cwebster@cbtd.com
- **Brooke Bornick Chadeayne**    bchadeayne@lockelord.com, kwest@lockelord.com
- **Jason Gary Cohen**    jason.cohen@bgllp.com
- **Jonathan Covin**    jcovin@wickphillips.com, stacey.slaughter@wickphillips.com
- **Robert L. Craig**    bobc@cthglawfirm.com, ssokora@cthglawfirm.com
- **John Meritt Crosby**    mcrosby@oakllp.com
- **Scott Mark DeWolf**    sdewolf@romclawyers.com, wohl@romclawyers.com;doler@romclawyers.com;kmiller@romclawyers.com;bfoley@romclawyers.com
- **Joseph Brooks DiRago**    jdirago@lockelord.com
- **Carl Dore**    carl@doremahoney.com
- **Philip Guy Eisenberg**    peisenberg@lockelord.com
- **R. Michael Farquhar**    mfarquhar@winstead.com, eweaver@winstead.com
- **J. Robert Forshey**    jrf@forsheyprostok.com, lgreiner@forsheyprostok.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com
- **David G. Gamble**    david.gamble@wickphillips.com, susan.witt@wickphillips.com
- **Kenneth P. Green**    kgreen@snowspencelaw.com, janissherrill@snowspencelaw.com;pattrinapastran@snowspencelaw.com
- **Kent D. Hale**    mishm@cthglawfirm.com
- **James Blake Hamm**    blakehamm@snowspencelaw.com, janissherrill@snowspencelaw.com
- **Barbara Elaine Hargis**    bhargis@hfblaw.com, jgale@hfblaw.com
- **Michael S. Haynes**    mhaynes@akingump.com
- **Thomas S. Henderson**    thenderson@tsh-atty.com, rdupre@burlesoncooke.com
- **George S. Henry**    henrylaw@sbcglobal.net
- **Julie C. John**    jjohn@forsheyprostok.com, kschroeder@forsheyprostok.com;calendar@forsheyprostok.com
- **Ronald J. Johnson**    ronjohnson@rjjohnsonlaw.com, cmeuth@rjjohnsonlaw.com
- **Sara Mya Keith**    skeith@jdkglaw.com, patty_mya@yahoo.com,msolis@jdkglaw.com
- **Brian A. Kilmer**    bkilmer@oakllp.com
- **Jerry Joe Knauff**    jknauff@tmlfpc.com
- **John E. Leslie**    arlingtonlaw@aol.com
- **Julie Ann Linares**    jlinares@linareslawfirm.com
- **Beth Lloyd**    blloyd@velaw.com
- **Richard H. London**    rlondon@perkinscoie.com, kluck@perkinscoie.com;docketdal@perkinscoie.com
- **Lisa M. Lucas**    llucas@ccsb.com, lsparks@ccsb.com
- **Stephen F. Malouf**    sshulkin@smalouf.com, jnockels@smalouf.com;bkemph@smalouf.com;jmckenzie@smalouf.com;jmartin@smalouf.com
- **Kevin M. Maraist**    kmaraist@albmlaw.com
- **Joe E. Marshall**    jmarshall@munsch.com
- **Kevin D. McCullough**    kdm@romclawyers.com, jdale@romclawyers.com;bfoley@romclawyers.com
- **Frank F. McGinn**    ffm@bostonbusinesslaw.com
- **William Thomas McLain**    wtm@reaganmclain.com
- **Kerry Ann Miller**    kmiller@romclawyers.com, jdale@romclawyers.com;bfoley@romclawyers.com;doler@romclawyers.com
- **Michael C. Moody**    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com
- **Jacob Lee Newton**    newton@sbep-law.com
- **Holland N. ONeil**    honeil@gardere.com, koliver@gardere.com;vochoa@gardere.com;jcharrison@gardere.com
- **Virgil Ochoa**    vochoa@gardere.com, koliver@gardere.com;ccoleman@gardere.com
- **Brad W. Odell**    bodell@mhba.com, memert@mhba.com
- **Heather J. Panko**    panko@sbep-law.com
- **Rakhee V. Patel**    rpatel@pronskepatel.com, gpronske@pronskepatel.com;smeiners@pronskepatel.com;admin@pronskepatel.com;cstephenson@pronskepatel.com;lwhatley@pronskepatel.com;jkathman@pronskep
- **Kathleen M. Patrick**    kpatrick@patrickpllc.com
- **Rebecca Lynn Petereit**    rpetereit@velaw.com
- **Edith Stuart Phillips**    stuart.phillips@oag.state.tx.us
- **Peter Michael Reed**    dgibson@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
- **Terry Wayne Rhoads**    trhoads@cbtd.com, cabel@cbtd.com
- **David D. Ritter**    dritter@krcl.com, ecf@krcl.com
- **Brian D Roman**    broman@oakllp.com
- **Michelle E. Shriro**    mshriro@singerlevick.com, ckirkland@singerlevick.com;croote@singerlevick.com
- **Ronald Alan Simank**    rsimank@cctxlaw.com
- **Frances Anne Smith**    fsmith@shacklaw.net, jdixon@shacklaw.net
- **Phil F. Snow**    philsnow@snowspencelaw.com, lauraterrell@snowspencelaw.com;janissherrill@snowspencelaw.com
- **Martin A. Sosland**    martin.sosland@weil.com, lyle.bartram@weil.com;ronit.berkovich@weil.com;janet.mcleland@weil.com
- **Christina Walton Stephenson**    cstephenson@pronskepatel.com, gpronske@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com;admin@pronskepatel.com;lwhatley@pronskepatel.com;jkathman@pronskepatel.co
- **Jeffrey F. Thomason**    thomason@toddlawfirm.com
- **Robert R. Truitt**    rtruittjr@email.msn.com
- **UST U.S. Trustee**    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
- **Charles Wesley Vines**    wvines@cozen.com
- **Kristin N. Wallis**    kwallis@csj-law.com, lderry@csj-law.com
- **Jay Keith Webb**    kwebb@millermccarthylaw.com
- **Gregg S. Weinberg**    gweinberg@robertsmarkel.com, mrichards@robertsmarkel.com;randerson@robertsmarkel.com;gdubey@robertsmarkel.com
- **Mark A. Weisbart**    weisbartm@earthlink.net, tarah_simmons@earthlink.net,mweisbart@ecf.epiqsystems.com
- **Elizabeth Weller**    dallas.bankruptcy@publicans.com, dalia.balderas@publicans.com
- **Aida Wondwessen**    awondwessen@winstead.com
- **Joseph A. Ziemianski**    jziemianski@cozen.com

**Manual Notice List**

U.S. Bankruptcy Court - Northern District of Texas                                                      Page 2 of 3
Case 10-36484-hdh11    Doc 782-1    Filed 01/15/13    Entered 01/15/13 16:10:25    Desc
List of 20 Largest Creditors    Page 2 of 3

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Barg & Henson, P.C.,**
,

**Gerald Baum**
,

**Cambria Consultants aka RPS aka The Scotia Group**
411 N Sam Houston Pkwy E, Ste 400
Houston, TX 77060

**Cheyenne Prospect JV**
c/o Ryan Hudson, Trius Energy, LLC
8200 N. Mopac
Suite 150
Austin, TX 78759

**LaDawn H. Conway**
Alexander Dubose & Townsend LLP
4925 Greenville Avenue, Ste. 717
Dallas, TX 75206

**Standly E. Crawford**
Johnston & Associates
400 West Illinois, Ste 1600
Midland, TX 79701

**Enriqueta P Garrett**
5710 Antares CT
Dallas, TX 75252

**Shannan E. Goss**
Davis, Gerald & Cremer, PC
400 W. Illinois
Suite 1400
PO Box 2796
Midland, TX 79702

**Sean M. Guerrero**
Fletcher Law Offices
6 Desta Drive, Suite 5900
Midland, TX 79705

**Integra Realty Resources**
,

**JAMS**
co Glen M. Ashworth
8401 N. Central Expwy., Ste 610
Dallas, TX 75225

**J. J. Knauff**
3811 Turtle Creek Blvd., Ste 1950
Dallas, TX 75219-4535

**J. J. Knauff**
Miller Law Firm
3811 Turtle Creek Blvd., Ste 1950
Dallas, TX 75219-4535

**James Leahy**
Locke Lord Bissell & Liddell LLP
600 Travis
Suite 2800
Houston, TX 77002-3095

**Lee Wilson and Associates**
,

**Alan H. Meyers**
Law Offices of Alan H. Meyers, PC
505 N. Big Spring
Suite 104
Midland, TX 79701

**Brad Miller**
Brockett and McNeel, LLP
P.O. Box 1841
Midland, TX 79702

**Brad Miller**
Fletcher Law Offices, P.C.
6 Desta drive, Suite 5900

U.S. Bankruptcy Court - Northern District of Texas                                        Page 3 of 3
  Case 10-36484-hdh11    Doc 782-1    Filed 01/15/13    Entered 01/15/13 16:10:25    Desc
                         List of 20 Largest Creditors    Page 3 of 3

Midland, TX 79705

**Carol Millwood**
206 E. Oakview Avenue
Centralia, WA 98531

**Frank Otis Millwood**
206 E. Oakview Avenue
Centralia, WA 98531

**Munsch, Hardt, Kopf & Harr, P.C.**
3800 Lincoln Plaza
500 N Akard St
Dallas, Tx 75201

**Randy A. Nelson**
Thompson Coe
700 N. Pearl, 25th FL
Dallas, TX 75201

**Randy A. Nelson**
Thompson Coe
700 N. Pearl, 25th FL
Dallas, TX 75201

**Jonathan Nockels**
Malouf & Nockels LLP
3811 Turtle Creek Blvd., Suite 800
Dallas, TX 75219

**J. Ken Nunley**
The Nunley Firm, LLP
1580 South Main
Suite 200
Boerne, TX 78006

**Okin Adams & Kilmer LLP**
3103 Maple Ave., Ste 240
Dallas, TX 75201

**Scott Pinsonnault**
Bridge Associates LLC
1700 Pacific Ave., Ste 2680
Dallas, TX 75201

**RPS**
Patrick H. Lowry
4849 Greenville Avenue, Ste. 1150
Dallas, TX 75206

**Ritter Environmental & Geotechnical Services, Inc.**
,

**Lori M. Ruiz**
Atkins, Hollmann, Jones, Peacock, Lewis
3800 East 42nd Street
Suite 500
Odessa, TX 79762

**Heather E. Schell**
410 17th St., Ste 2200
Denver, CO 80202-4432

**Robert Scogin**
P.O. Box 1197
Kermit, TX 79745

**Angela N. Staples**
Fletcher Law Offices, P.C.
6 Desta Drive, Suite 5900
Midland, TX 79705

**Wendel A. Withrow**
Law Office of Sendel A. Withrow
1120 Metrocrest
Suite 200
Carrollton, TX 75006

[Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

[Mailing Matrix](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.