UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-36484-HDH-11 |
| HERITAGE CONSOLIDATED, LLC *et al* | § | |
| | § | CHAPTER 11 |
| DEBTORS | § | (Jointly Administered) |

## OBJECTION TO PROOF OF CLAIM NO. 140
## FILED BY RAILROAD COMMISSION OF TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Jason R. Searcy, Trustee of the Heritage Liquidating Trust (the "Trustee")

and files this Objection To Proof of Claim No. 140 filed by Railroad Commission of Texas  (the

"Objection") in the above styled and numbered cause and shows as follows:

1.     The Heritage Liquidating Trust (the "Trust") was created in the confirmed second

amended plan of reorganization filed in the above styled and numbered cause. The Trust,

through the Trustee, was established to administer the assets of the Debtors and claims against

the Debtor and was granted the authority to object to proofs of claim as appropriate.

2.     Railroad Commission of Texas ("RRC") filed the following proof of claim (the

"POC") in the above styled and numbered case (jointly administered with Case No. 10-36485,

styled *In re: Heritage Standard Corporation, Debtor*):

| Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| 140 | Railroad Commission of Texas | 11/22/2010 | unstated |

3.     The POC was filed as an unsecured claim for an unstated and unliquidated amount.

4.     Plan of Reorganization confirmed in this proceeding established a process and

X:\Files\Cases\Heritage Consolidated\Ch 11 #10-36484 Post Conf. Tte\POC\Objections to POC\Heritage Consolidated\#140 - Railroad Commission of
Texas\Objection.wpd

1

procedure for the remediation of damages caused to a water aquifer for which the POC is filed. The RRC agreed to the treatment in the plan of reorganization and thus has been satisfied. No additional amounts would be due and owing to the RRC. The POC should therefore be disallowed without such disallowance affecting the obligations created under the confirmed plan of reorganization.

Certificate of Conference

5.    The Trustee is obligated to file scores of objections to proofs of claim. Pursuant to Local Bankruptcy Rule 9007-1(f), it is reasonably anticipated that the number of responding parties is too numerous to contact prior to filing these objections.

Wherefore, premises considered, the Trustee prays for an order disallowing Proof of Claim No. 140 filed by Railroad Commission of Texas in full provided that the disallowance does not impact the obligations of the Debtor with regards to the Railroad Commission of Texas under the plan of reorganization confirmed in this proceeding.

Respectfully submitted,

Searcy & Searcy, P.C.
Box 3929
Longview, Texas 75606
Tel. 903 757 3399
Fax. 903 757 9559

By: /S/ Jason R. Searcy
       Jason R. Searcy
       SB # 17953500
       E-mail: jsearcy@jrsearcylaw.com

Attorneys for the Trustee

X:\Files\Cases\Heritage Consolidated\Ch 11 #10-36484 Post Conf. Tte\POC\Objections to POC\Heritage Consolidated\#140 - Railroad Commission of Texas\Objection.wpd

2

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing was served by electronic notice on all persons requesting notice under the ECF filing system for the Northern District of Texas, and by U.S. Mail, postage paid to:

Railroad Commission of Texas
P.O. Box 12967
Austin, Texas 78711-2967

E. Stuart Phillips
Texas Attorney General's Office
Bankruptcy & Collections Division, MC-008
P. O. Box 12548
Austin, Texas 78711

Matthew P. Crouch
Texas Attorney General's Office
Bankruptcy & Collections Division, MC-008
P. O. Box 12548
Austin, Texas 78711


on this the 11th day of July 2014.


/S/ Jason R. Searcy_____
Jason R. Searcy

X:\Files\Cases\Heritage Consolidated\Ch 11 #10-36484 Post Conf. Tte\POC\Objections to POC\Heritage Consolidated\#140 - Railroad Commission of
Texas\Objection.wpd

3