CASE NAME: Heritage Consolidated, LLC, et al

CASE NUMBER: Consolidated 10-36484-HDH-11

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

Dallas DIVISION

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party: [signature]

Printed Name of Responsible Party: Jason R. Searcy

Title: Liquidating Trustee

Date: 10-13-16

PREPARER:

Original Signature of Preparer: ___

Printed Name of Preparer: ___

Title: ___

Date: ___

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: Heritage Consolidated, LLC, et al

CASE NUMBER: 10-36484-HDH-11

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING: September 30, 2016

| Bank Reconciliations | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | Bank CNB | OPERATING | AG Hill | Pat Howell | TOTAL |
| B. | Account Number | 1201431919 | 1201431927 | 1201516671 | |
| C. | Purpose (Type) | GENERAL | REVENUES | COMPEETION | |
| 1. | Balance Per Bank Statement | 1,693,764.81 | 760,157.09 | 212,689.23 | 2,666,611.13 |
| 2. | Add: Total Deposits Not Credited | | | | + |
| 3. | Subtract: Outstanding Checks | | 447,432.70 | | 447,432.70 |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | 1,693,764.81 | 312,724.39 | 212,689.23 | 2,219,178.43 |
| 6. | Number of Last Check Written | 1163 | 1024 | | |
| 7. | Cash: Currency on Hand | | | | + |
| 8. | Total Cash - End Of Month | 1,693,764.81 | 312,724.39 | 212,689.23 | 2,219,178.43 |

| | CASH IN: INVESTMENT ACCOUNTS | | | |
|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
| 9. | | | | + |
| 10. | | | | + |
| 11. | | | | + |
| 12. | | | | + |
| 13. | Total Cash Investments | | | = |

| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | 2,219,178.43 **** |
|---|---|---|---|

**** Must tie to Line 4, Quarterly Operating Report

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: Heritage Consolidated, LLC, et al

CASE NUMBER: 10-36484-HDH-11

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING: September 30, 2016

| Bank Reconciliations | | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|---|
| A. | Bank | BANCORP | | | |
| | | REMEDIATION ENVIRON | SECTION 6 PLUGGING | | |
| B. | Account Number | 1120709439 | 1120966245 | | |
| C. | Purpose (Type) | ENVIRONMENTAL | | | |
| 1. | Balance Per Bank Statement | 85,272.28 | 260,000.00 | | 345,272.28 |
| 2. | Add: Total Deposits Not Credited | | | | + |
| 3. | Subtract: Outstanding Checks | | | | - |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | 85,272.28 | 260,000.00 | | 345,272.28 |
| 6. | Number of Last Check Written | | | | |
| 7. | Cash: Currency on Hand | | | | + |
| 8. | Total Cash - End Of Month | 85,272.28 | 260,000.00 | | 345,272.28 |

| CASH IN: INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| Bank, Account Name & Number | Date of Purchase | Type of Instrument | | Value |
| 9. | | | | + |
| 10. | | | | + |
| 11. | | | | + |
| 12. | | | | + |
| 13. Total Cash-Investments | | | | = |

| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | 345,272.28 **** |
|---|---|---|---|

**** Must tie to Line 4, Quarterly Operating Report

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: Heritage Consolidated, LLC, et al

CONSOLIDATED CASE NUMBER: 10-36484-HDH-11

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING: September 30, 2016

| Bank Reconciliations | | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|---|
| A. | Bank | CNB | NON SECTION 6 GENERAL | NON SECTION 6 SUSPENSE | |
| B. | Account Number | 1201431935 | 1201431900 | | |
| C. | Purpose (Type) | GENERAL | SUSPENSE | | |
| 1. | Balance Per Bank Statement | | | | |
| 2. | Add: Total Deposits Not Credited | Closed | | | + |
| 3. | Subtract: Outstanding Checks | | | | - |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | | | | = |
| 6. | Number of Last Check Written | | | | |
| 7. | Cash: Currency on Hand | | | | + |
| 8. | Total Cash - End Of Month | | | | = |

| | CASH IN: INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | Value |
| 9. | | | | | + |
| 10. | | | | | + |
| 11. | | | | | + |
| 12. | | | | | + |
| 13. | Total Cash-Investments | | | | = |

| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | 0 **** |
|---|---|---|---|---|

**** Must tie to Line 4, Quarterly Operating Report

**POST CONFIRMATION**
**QUARTERLY OPERATING REPORT**

CASE NAME: Heritage Consolidated, LLC, et al

CASE NUMBER: Consolidated 10-36484-HDH-11

QUARTER ENDING: September 30, 2016

| | |
|---|---:|
| 1. BEGINNING OF QUARTER CASH BALANCE: | 4,485,826.18 |
| CASH RECEIPTS: | |
| CASH RECEIPTS DURING CURRENT QUARTER: | |
| (a). Cash receipts from business operations  *See* | + 136,808.64 |
| (b). Cash receipts from loan proceeds | + |
| (c). Cash receipts from contributed capital  *Attached* | + |
| (d). Cash receipts from tax refunds | + |
| (e). Cash receipts from other sources  *Ex* | + 412.26 |
| 2. TOTAL CASH RECEIPTS | = 137,220.90 |
| CASH DISBURSEMENTS: | |
| (A). PAYMENTS MADE UNDER THE PLAN: | |
| (1). Administrative | + |
| (2). Secured Creditors | + 2,013,451.28 |
| (3). Priority Creditors  *See* | + |
| (4). Unsecured Creditors | + |
| (5). Additional Plan Payments  *Attached* | + |
| (B). OTHER PAYMENTS MADE THIS QUARTER:  *Ex* | |
| (1). General Business | + |
| (2). Other Disbursements | + 45,145.09 |
| 3. TOTAL DISBURSEMENTS THIS QUARTER | = 2,058,596.37 |
| 4. CASH BALANCE END OF QUARTER | = 2,564,450.71 |

4:32 PM
10/11/16
Accrual Basis

# Heritage Consolidated, LLC
## Profit & Loss Detail
### July through September 2016

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **Oil and Gas Revenues** | | | | | | | | |
| Deposit | 07/11/2016 | 1748 | Traton Engineering ... | Deposit | | A:P: Hill Proce... | 552.12 | 552.12 |
| Deposit | 07/11/2016 | 1749 | Traton Engineering ... | Deposit | | A:P: Hill Proce... | 3,899.46 | 4,451.58 |
| Deposit | 07/11/2016 | 1750 | Traton Engineering ... | Deposit | | A:P: Hill Proce... | 5,831.91 | 10,283.49 |
| Deposit | 07/11/2016 | 1751 | Traton Engineering ... | Deposit | | A:P: Hill Proce... | 5,831.91 | 16,115.40 |
| Deposit | 07/11/2016 | 1752 | Traton Engineering ... | Deposit | | A:P: Hill Proce... | 5,831.91 | 21,947.31 |
| Deposit | 07/11/2016 | 1757 | Traton Engineering ... | Deposit | | A:P: Hill Proce... | 20,428.95 | 42,376.26 |
| Deposit | 07/11/2016 | 1759 | Traton Engineering ... | Deposit | | A:P: Hill Proce... | 552.12 | 42,928.38 |
| Deposit | 08/05/2016 | 1772 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 605.24 | 43,533.62 |
| Deposit | 08/05/2016 | 1773 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 4,274.52 | 47,808.14 |
| Deposit | 08/05/2016 | 1774 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 6,392.86 | 54,201.00 |
| Deposit | 08/05/2016 | 1775 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 6,392.86 | 60,593.86 |
| Deposit | 08/05/2016 | 1776 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 6,392.86 | 66,986.72 |
| Deposit | 08/05/2016 | 1781 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 22,393.91 | 89,380.63 |
| Deposit | 08/05/2016 | 1783 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 605.24 | 89,985.87 |
| Deposit | 09/09/2016 | 1796 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 602.22 | 90,588.09 |
| Deposit | 09/09/2016 | 1797 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 4,253.19 | 94,841.28 |
| Deposit | 09/09/2016 | 1798 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 6,360.97 | 101,202.25 |
| Deposit | 09/09/2016 | 1799 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 6,360.97 | 107,563.22 |
| Deposit | 09/09/2016 | 1800 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 6,360.97 | 113,924.19 |
| Deposit | 09/09/2016 | 1805 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 22,282.23 | 136,206.42 |
| Deposit | 09/09/2016 | 1807 | Traton Operating Co... | Deposit | | A:P: Hill Proce... | 602.22 | 136,808.64 |
| **Total Oil and Gas Revenues** | | | | | | | 136,808.64 | 136,808.64 |
| **Total Income** | | | | | | | 136,808.64 | 136,808.64 |
| **Expense** | | | | | | | | |
| **Claim Distributions** | | | | | | | | |
| **3A Secured Clms Allowed** | | | | | | | | |
| Check | 08/04/2016 | 1005 | Aquila Sedco Drillin... | Order dated 7... | | A:P: Hill Proce... | 1,053,513.03 | 1,053,513.03 |
| Check | 08/04/2016 | 1006 | Baker Hughes Oilfiel... | Order dated 7... | | A:P: Hill Proce... | 36,647.49 | 1,090,160.52 |
| Check | 08/04/2016 | 1007 | BJ Services Compa... | Order dated 7... | | A:P: Hill Proce... | 22,506.11 | 1,112,666.63 |
| Check | 08/04/2016 | 1008 | Pathfinder Energy S... | Order dated 7... | | A:P: Hill Proce... | 224,684.21 | 1,337,350.84 |
| Check | 08/04/2016 | 1009 | Smith International, ... | Order dated 7... | | A:P: Hill Proce... | 44,461.76 | 1,381,812.60 |
| Check | 08/04/2016 | 1010 | M-I, LLC, d/b/a Swaco | Order dated 7... | | A:P: Hill Proce... | 145,449.45 | 1,527,262.05 |
| Check | 08/04/2016 | 1011 | Ken-Vac Corporation | Order dated 7... | | A:P: Hill Proce... | 22,184.16 | 1,549,446.21 |
| Check | 08/04/2016 | 1012 | McGuire Industries, ... | Order dated 7... | | A:P: Hill Proce... | 12,768.16 | 1,562,214.37 |
| Check | 08/04/2016 | 1013 | ITS Rental and Sale... | Order dated 7... | | A:P: Hill Proce... | 45,515.61 | 1,607,729.98 |
| Check | 08/04/2016 | 1014 | Weatherford US, LP | Order dated 7... | | A:P: Hill Proce... | 232,111.81 | 1,839,841.79 |
| Check | 08/04/2016 | 1015 | Nova Mud, Inc. | Order dated 7... | | A:P: Hill Proce... | 11,868.41 | 1,851,710.20 |
| Check | 08/04/2016 | 1016 | Sierra Engineering | Order dated 7... | | A:P: Hill Proce... | 11,000.78 | 1,862,710.98 |
| Check | 08/04/2016 | 1017 | Endeavor Energy R... | Order dated 7... | | A:P: Hill Proce... | 60,709.62 | 1,923,420.60 |
| Check | 08/04/2016 | 1018 | Simons Petroleum, ... | Order dated 7... | | A:P: Hill Proce... | 27,794.78 | 1,951,215.38 |
| Check | 08/04/2016 | 1019 | O-D Rentals, Inc. | Order dated 7... | | A:P: Hill Proce... | 17,248.13 | 1,968,463.51 |
| Check | 08/04/2016 | 1020 | Aries Well Service, I... | Order dated 7... | | A:P: Hill Proce... | 17,239.71 | 1,985,703.22 |
| Check | 08/04/2016 | 1021 | Archer Wireline, LL... | Order dated 7... | | A:P: Hill Proce... | 3,163.43 | 1,988,866.65 |

4:32 PM
10/11/16
Accrual Basis

# Heritage Consolidated, LLC
## Profit & Loss Detail
### July through September 2016

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 08/04/2016 | 1022 | Suttles Logging, Inc. | Order dated 7... | | A.P. Hill Proce... | 9,492.96 | 1,998,359.61 |
| Check | 08/04/2016 | 1023 | Nave Oil and Gas, L... | Order dated 7... | | A.P. Hill Proce... | 15,091.67 | 2,013,451.28 |
| **Total 3A Secured Clms Allowed** | | | | | | | 2,013,451.28 | 2,013,451.28 |
| **Total Claim Distributions** | | | | | | | 2,013,451.28 | 2,013,451.28 |
| **IRS Taxes & Penalties** | | | | | | | | |
| Check | 08/22/2016 | 1162 | Internal Revenue Se... | 75-2916310 F... | | Operating CNB | 1,103.03 | 1,103.03 |
| **Total IRS Taxes & Penalties** | | | | | | | 1,103.03 | 1,103.03 |
| **Professional Fees** | | | | | | | | |
| **Engineering and Technical Srvc** | | | | | | | | |
| Check | 08/04/2016 | 1004 | Traton Engineering ... | Inv. 13694,13... | | A.P. Hill Proce... | 6,330.43 | 6,330.43 |
| Check | 08/04/2016 | 1031 | Traton Engineering ... | Inv 13644 | | Pat Howell Co... | 1,337.13 | 7,667.56 |
| Check | 08/04/2016 | 1034 | Traton Engineering ... | Inv 13698, 13... | | Environmental... | 582.66 | 8,250.22 |
| Check | 09/29/2016 | 1024 | Traton Engineering ... | Inv 13733 | | A.P. Hill Proce... | 5,042.50 | 13,292.72 |
| **Total Engineering and Technical Srvc** | | | | | | | 13,292.72 | 13,292.72 |
| **Legal Fees** | | | | | | | | |
| Check | 07/19/2016 | 1160 | Searcy & Searcy, P.C. | Inv 12962 | | Operating CNB | 14,367.14 | 14,367.14 |
| Check | 09/13/2016 | 1163 | Searcy & Searcy, P.C. | Inv 13319 | | Operating CNB | 16,057.20 | 30,424.34 |
| **Total Legal Fees** | | | | | | | 30,424.34 | 30,424.34 |
| **Total Professional Fees** | | | | | | | 43,717.06 | 43,717.06 |
| **UST Quarterly Fees** | | | | | | | | |
| Check | 07/19/2016 | 1161 | U.S. Trustee | 2nd Qtr. 2016 | | Operating CNB | 325.00 | 325.00 |
| **Total UST Quarterly Fees** | | | | | | | 325.00 | 325.00 |
| **Total Expense** | | | | | | | 2,058,596.37 | 2,058,596.37 |
| **Net Ordinary Income** | | | | | | | -1,921,787.73 | -1,921,787.73 |
| **Other Income/Expense** | | | | | | | | |
| **Other Income** | | | | | | | | |
| **Interest Income** | | | | | | | | |
| Deposit | 07/31/2016 | | | Interest | | A.P. Hill Proce... | 188.83 | 188.83 |
| Deposit | 07/31/2016 | | | Interest | | Pat Howell Co... | 18.12 | 206.95 |
| Deposit | 08/31/2016 | | | Interest | | Pat Howell Co... | 18.04 | 224.99 |
| Deposit | 08/31/2016 | | | Interest | | A.P. Hill Proce... | 107.49 | 332.48 |

Page 2

4:32 PM
10/11/16
Accrual Basis

# Heritage Consolidated, LLC
## Profit & Loss Detail
### July through September 2016

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| Deposit | 09/30/2016 | | | Interest | | Pat Howell Co... | 17.43 | 349.91 |
| Deposit | 09/30/2016 | | | Interest | | A.P. Hill Proce... | 62.35 | 412.26 |
| Total Interest Income | | | | | | | 412.26 | 412.26 |
| Total Other Income | | | | | | | 412.26 | 412.26 |
| Net Other Income | | | | | | | 412.26 | 412.26 |
| Net Income | | | | | | | -1,921,375.47 | -1,921,375.47 |