UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In RE: | § | |
| | § | CASE NO. 10-36484-HDH-11 |
| HERITAGE CONSOLIDATED, LLC *et al* | § | |
| | § | CHAPTER 11 |
| DEBTORS | § | (Jointly Administered) |

**NOTICE OF CONSUMMATION AND**
**APPLICATION FOR FINAL DECREE**

---

**NO HEARING WILL BE CONDUCTED ON THIS MOTION/OBJECTION/APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-FOUR (24) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**.

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Jason R. Searcy, Trustee (the "Trustee") of the Heritage Liquidation Trust (the "Trust"), and files this Notice of Consummation and Application for Final Decree (the "Motion") and would show the Court as follows:

I.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 28 U.S.C. § 157. This Application is filed pursuant to 11 U.S.C. § 350 and Fed. R. Bankr. P. 3022.

II.

On September 14, 2010, Debtor commenced this Bankruptcy Case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

III.

The Debtor's Plan of Reorganization (the "Plan") as amended and modified, was confirmed by this Court on August 26, 2013.

IV.

The Plan called for immediate payment of all Administrative and Priority classes of creditors and the creation of a Liquidating Trust to liquidate remaining assets and make distributions to. All documents necessary to be executed and made effective under the Plan are effective.

V.

Substantial consummation of the Plan has now occurred and entry of a Final Decree is appropriate. All assets have been transferred to the Trust and the Trust has made distributions. Other than cash on hand, all assets of the Trust have been distributed and remaining funds will be distributed pursuant to the Trust agreement without the need for further action by this court.

VI.

Trustee requests that the Court close the above styled and numbered case and enter a Final Decree.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays for entry of a Final Decree as set forth herein and for such other and further relief to which he may be entitled.

**DATED** October 24, 2016.

RESPECTFULLY SUBMITTED,

*SEARCY & SEARCY, P.C.*

/s/ *Jason R. Searcy*
JASON R. SEARCY
State Bar No. 17953500
E-Mail : jsearcy@jrsearcylaw.com
JOSHUA P. SEARCY
State Bar No. 24053468
E-Mail : joshsearcy@jrsearcylaw.com
CALLAN CLARK SEARCY
State Bar No. 24075523
E-Mail : ccsearcy@jrsearcylaw.com
P. O. Box 3929
Longview, TX  75606
903/757-3399 TEL
903/757-9559 FAX
**ATTORNEYS FOR TRUSTEE**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing was served via electronic means, if available; otherwise, served via regular first class mail to each interested party on the attached service list by the servicing agent, Certificateofservice.com, on or before October 24, 2016.

/s/ *Jason R. Searcy*
Jason R. Searcy